AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CLELAND, ROBERT H | US DISTRICT COURT, ED MI | 07/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 707 Theodore Levin Courthouse<br>231 West Lafayette Blvd<br>Detroit, MI 48226 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Seven of these entities constitute those fiduciary relationships listed as | "FR1" through "FR 6", though not necessarily in that order |
| 2. | Co-Trustee | Trust 1 |
| 3. | Co-Trustee | Trust 2 |
| 4. | Co-Trustee | Trust 3 |
| 5. | Trustee | Trust 4 |
| 6. | Trustee | Trust 5 |
| 7. | President | Foundation 1 |
| 8. | President | Sub-Chapter S Corporation 1 |
| 9. | Co-Trustee | Partnership 1 |
| 10. | Member | Board of Directors Condominium Association |
| 11. | Member | Investment Club |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |

FINANCIAL DISCLOSURE OFFICE 2008 JUL 16 A 10: 29 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. 1985 | DEFERRED COMP. AGREEMENT; ADMINISTRATOR: NATIONWIDE INSURANCE COMPANY |
| 2. 1973 | RETIREMENT PLAN; ███████████ AGE 59 ELIGIBILITY |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H | 07/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Subchapter S Corporation (a corporate form through which I serve as fiduciary of a rev trust as permitted by Canon 5D) | $ 3,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H | 07/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| 2007 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Robert H. Cleland | Date of Report<br>07/15/2008 |
| --- | --- | --- |

VII. Page I    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1   Deferred Compensation Plan | | | | | Merged | 05/31 | N | None | Rolled into IRA 1 |
| 2   **S1** | F | Dividends & Capital Gains | P1 | T | | | | | |
| 3   Fractional share of FR6 | | | | | | | | | |
| 4   CUB Investment Partnership | | | | | | | | | |
| 5   Fidelity Cash Reserves Fund | | | | | | | | | |
| 6   Fidelity Daily Income Fund | | | | | | | | | |
| 7   Florida residential real estate held for rental; | | | | | | | | | |
| 8   Investment Club (A fractional share of Investment Club, a Michigan Limited Liability Company; see part VIII for comments) | | | | | | | | | |
| 9   Michigan residential real estate held for rental; | | | | | | | | | |
| 10  ABB LTD-Spon ADR (common) | | | | | Buy | 10/02 | J | | |
| 11  ABB LTD-Spon ADR (common) | | | | | Buy | 11/09 | J | | |
| 12  Abbott Laboratories (common) | | | | | Buy | 01/30 | J | | |
| 13  Abbott Laboratories (common) | | | | | Buy | 03/07 | J | | |
| 14  Abbott Laboratories (common) | | | | | Buy | 03/22 | J | | |
| 15  Abbott Laboratories (common) | | | | | Buy | 05/18 | J | | |
| 16  Abbott Laboratories (common) | | | | | Buy | 05/03 | J | | |
| 17  Abbott Laboratories (common) | | | | | Buy | 08/22 | J | | |
| 18  Abbott Laboratories (common) | | | | | Buy | 11/27 | J | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- | --- |
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| --- | --- | --- | --- | --- |
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 2    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19  Abbott Laboratories (common) | | | | | Buy | 11/19 | J | | |
| 20  Adobe Systems Inc (common) | | | | | Buy | 01/30 | J | | |
| 21  Adobe Systems Inc (common) | | | | | Buy | 05/11 | J | | |
| 22  Adobe Systems Inc (common) | | | | | Buy | 11/19 | J | | |
| 23  Adobe Systems Inc (common) | | | | | Partial Sale | 12/20 | J | None | |
| 24  Advanced Micro Devices (common) | | | | | Sell | 01/24 | J | None | |
| 25  Air Products & Chemicals Inc (common) | | | | | Buy | 07/25 | J | | |
| 26  Air Products & Chemicals Inc (common) | | | | | Buy | 08/22 | J | | |
| 27  Air Products & Chemicals Inc (common) | | | | | Buy | 09/06 | J | | |
| 28  Air Products & Chemicals Inc (common) | | | | | Buy | 10/29 | | | |
| 29  Air Products & Chemicals Inc (common) | | | | | Partial Sale | 12/20 | J | None | |
| 30  Akamai Technologies (common) | | | | | Buy | 02/12 | J | | |
| 31  Akamai Technologies (common) | | | | | Partial Sale | 08/10 | J | None | |
| 32  Akamai Technologies (common) | | | | | Sell | 10/02 | J | None | |
| 33  Alcon Inc (common) | | | | | Buy | 02/14 | J | | |
| 34  Alcon Inc (common) | | | | | Partial Sale | 05/03 | J | A | |
| 35  Alcon Inc (common) | | | | | Partial Sale | 08/21 | J | A | |
| 36  Allegheny Energy Inc (common) | | | | | Sell | 10/15 | J | A | |
| 37  Alliance Bernstein Cash | | | | | | | | | |
| 38  Allstate Corp (common) | | | | | Buy | 08/24 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 07/15/2008 |

VII. Page 3  INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 39 | Allstate Corp (common) | | | | | Buy | 11/27 | J | | |
| 40 | Altria Group Inc (common) | | | | | Buy | 08/17 | J | | |
| 41 | Altria Group (common) | | | | | Buy | 08/23 | J | | |
| 42 | America Movil-ADR Series L (common) | | | | | Partial Sale | 08/21 | J | B | |
| 43 | American Express Co (common) | | | | | Buy | 10/12 | J | | |
| 44 | American International Group (common) | | | | | Buy | 02/20 | J | | |
| 45 | American International Group (common) | | | | | Partial Sale | 05/03 | J | A | |
| 46 | AmeriSourceBergen Corp (common) | | | | | Buy | 11/27 | J | | |
| 47 | Apple Inc (common) | | | | | Partial Sale | 08/21 | J | C | |
| 48 | Apple Inc (common) | | | | | Partial Sale | 10/10 | J | C | |
| 49 | Arcelormittal SA Luxembourg (common) | | | | | Buy | 08/23 | J | | |
| 50 | AT&T Inc (common) | | | | | Buy | 09/28 | J | | |
| 51 | AT&T Inc (common) | | | | | Buy | 10/30 | J | | |
| 52 | AT&T Inc (common) | | | | | Buy | 11/27 | J | | |
| 53 | Autoliv Inc (common) | | | | | Buy | 02/26 | J | | |
| 54 | Baker Hughes Inc (common) | | | | | Partial Sale | 01/19 | J | None | |
| 55 | Baker Hughes Inc (common) | | | | | Buy | 06/25 | J | | |
| 56 | Baker Hughes Inc (common) | | | | | Buy | 07/11 | J | | |
| 57 | Baker Hughes Inc (common) | | | | | Buy | 08/28 | J | | |
| 58 | Baker Hughes Inc (common) | | | | | Buy | 08/22 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

VII. Page 4    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 59 | Baker Hughes Inc (common) | | | | | Buy | 10/04 | J | | |
| 60 | Bank of America Corp (common) | | | | | Buy | 04/18 | J | | |
| 61 | Bank of America Corp (common) | | | | | Buy | 04/24 | J | | |
| 62 | Bank of America Corp (common) | | | | | Partial Sale | 08/21 | J | None | |
| 63 | Bank of America Corp (common) | | | | | Partial Sale | 12/31 | J | None | |
| 64 | Becton Dickinson & Co (common) | | | | | Buy | 02/06 | J | | |
| 65 | Becton Dickinson & Co (common) | | | | | Sell | 03/12 | J | None | |
| 66 | Bernstein Tax-managed International Portfolio (fund) | | | | | Buy | 02/13 | K | | |
| 67 | Bernstein Emerging Markets Portfolio (fund) | | | | | Buy | 02/15 | J | | |
| 68 | Bernstein Tax -Managed International Portfolio (fund) | | | | | Partial Sale | 04/26 | K | A | |
| 69 | Bernstein Emerging Markets Portfolio (fund) | | | | | Partial Sale | 09/11 | J | B | |
| 70 | Bernstein Emerging Markets Portfolio (fund) | | | | | Buy | 12/11 | K | | |
| 71 | Bernstein Tax-managed International Portfolio (fund) | | | | | Buy | 12/11 | K | | |
| 72 | Black & Decker Corp (common) | | | | | | | | | |
| 73 | Boeing Co (common) | | | | | Partial Sale | 04/26 | J | A | |
| 74 | Boeing Co (common) | | | | | Partial Sale | 09/25 | J | A | |
| 75 | Boeing Co (common) | | | | | Partial Sale | 10/09 | J | B | |
| 76 | Boeing Co (common) | | | | | Partial Sale | 10/16 | J | B | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 5    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 77  Boeing Co (common) | | | | | Partial Sale | 10/29 | J | A | |
| 78  Boeing Co (common) | | | | | Partial Sale | 12/05 | J | A | |
| 79  Boeing Co (common) | | | | | Partial Sale | 12/06 | J | A | |
| 80  BorgWarner Automotive Inc (common) | | | | | | | | | |
| 81  BP PLC, fka BP Amoco (common) | | | | | | | | | |
| 82  BP PLC, fka BP Amoco (common) | | | | | Partial Sale | 05/18 | J | A | |
| 83  BP PLC, fka BP Amoco (common) | | | | | Partial Sale | 07/11 | J | BA | |
| 84  BP PLC, fka BP Amoco (common) | | | | | Buy | 10/10 | J | | |
| 85  BP PLC, fka BP Amoco (common) | | | | | Buy | 10/16 | J | | |
| 86  BP PLC, fka BP Amoco (common) | | | | | Buy | 11/05 | J | | |
| 87  Broadcom Corp - CL A (common) | | | | | Partial Sale | 09/25 | J | A | |
| 88  Cameron International (common) | | | | | Buy | 11/19 | J | | |
| 89  Caterpillar Inc (common) | | | | | Buy | 10/08 | J | | |
| 90  Caterpillar Inc (common) | | | | | Buy | 10/29 | J | | |
| 91  CBS Corp - CL B (common) | | | | | Partial Sale | 10/24 | J | A | |
| 92  Celgene Corp (common) | | | | | Buy | 05/08 | J | | |
| 93  Celgene Corp (common) | | | | | Buy | 11/28 | J | | |
| 94  Celgene Corp (common) | | | | | Buy | 11/13 | J | | |
| 95  Celgene Corp (common) | | | | | Buy | 11/09 | J | | |
| 96  Chevron Corp (common) | | | | | Buy | 03/15 | J | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less<br>O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

VII. Page 6 INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 97 Chevron Corp (common) | | | | | Partial Sale | 10/09 | J | A | |
| 98 Chicago Mercantile Exchange - See CME | | | | | | | | | |
| 99 Cisco Systems Inc (common) | | | | | Buy | 01/08 | J | | |
| 100 Cisco Systems Inc (common) | | | | | Buy | 02/15 | J | | |
| 101 Cisco Systems Inc (common) | | | | | Partial Sale | 04/04 | J | A | |
| 102 Cisco Systems Inc (common) | | | | | Buy | 08/28 | J | | |
| 103 Cisco Systems Inc (common) | | | | | Buy | 10/30 | J | | |
| 104 Citigroup Inc (common) | | | | | Partial Sale | 10/25 | J | None | |
| 105 Citigroup Inc (common) | | | | | Sell | 11/23 | J | None | |
| 106 Citigroup Inc (common) | | | | | Partial Sale | 8/21 | J | A | |
| 107 Citigroup Inc (common) | | | | | Partial Sale | 9/17 | J | None | |
| 108 Citizens First Bancorp Inc (common) | | | | | | | | | |
| 109 Clorox Co (common) | | | | | Partial Sale | 08/21 | J | A | |
| 110 CME Group Inc (common) | | | | | Buy | 03/14 | J | | |
| 111 CME Group Inc (common) | | | | | Buy | 05/03 | J | | |
| 112 CME Group Inc (common) | | | | | Buy | 08/21 | J | | |
| 113 CME Group Inc (common) | | | | | Buy | 08/22 | J | | |
| 114 CME Group Inc (common) previously listed as Chicago Mercantile Exchange | | | | | Partial Sale | 09/17 | J | None | See 2006 Report Line 47 |
| 115 CME Group Inc (common) previously listed as Chicago Mercantile Exchange | | | | | Partial Sale | 10/25 | J | B | See 2006 Report Line 47 |
| 116 Coca Cola Co (common) | | | | | Sell | 08/21 | J | B | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (col C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimate | |

VII. Page 7    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117  Colgate-Palmolive Co (common) | | | | | Buy | 08/22 | J | | |
| 118  Comcast Corp-Special CLA (common) | | | | | Buy | 01/30 | J | | |
| 119  Comcast Corp-Special CLA (common) | | | | | Buy | 02/15 | J | | |
| 120  Comcast Corp - Special CL A (common) | | | | | Partial Sale | 04/26 | J | A | |
| 121  Comcast Corp - Special CL A (common) | | | | | Partial Sale | 08/29 | J | A | |
| 122  Comcast Corp - Special CL A (common) | | | | | Partial Sale | 09/17 | J | A | |
| 123  Comcast Corp - Special CL A (common) | | | | | Partial Sale | 10/26 | J | None | |
| 124  Comcast Corp - Special CL A (common) | | | | | Partial Sale | 11/23 | J | None | |
| 125  Comcast Corp - Special CL A (common) | | | | | Sell | 12/20 | J | None | |
| 126  Conocophillips (common) | | | | | Partial Sale | 04/20 | J | A | |
| 127  Conocophillips (common) | | | | | Partial Sale | 09/17 | J | A | |
| 128  ConocoPhillips (common) | | | | | Buy | 01/24 | J | | |
| 129  ConocoPhillips (common) | | | | | Buy | 02/14 | J | | |
| 130  ConocoPhillips (common) | | | | | Buy | 08/23 | J | | |
| 131  Constellation Energy Group (common) | | | | | Partial Sale | 04/26 | J | B | |
| 132  Constellation Energy Group (common) | | | | | Buy | 08/31 | J | | |
| 133  Constellation Energy Group (common) | | | | | Buy | 12/10 | J | | |
| 134  Corning Inc (common) | | | | | Sell | 01/24 | J | A | |
| 135  Corning Inc (common) | | | | | Partial Sale | 01/03 | J | None | |
| 136  Countrywide Financial Corp (common) | | | | | Buy | 02/02 | J | | |

1 Inc/Gain Codes:  A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 8    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. | | | | | | If not exempt from disclosure | | | |
| Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137 | Countrywide Financial Corp (common) | | | | | Buy | 02/05 | J | | |
| 138 | Countrywide Financial Corp (common) | | | | | Buy | 04/09 | J | | |
| 139 | Countrywide Financial Corp (common) | | | | | Buy | 05/14 | J | | |
| 140 | Countrywide Financial Corp (common) | | | | | Buy | 05/21 | J | | |
| 141 | Countrywide Financial Corp (common) | | | | | Sell | 09/04 | J | None | |
| 142 | Covidien Limited (common) | | | | | Spin-off | 06/29 | J | | Spin-off from Tyco International |
| 143 | Credit Suisse Group-Spon ADR (common) | | | | | Buy | 01/03 | J | | |
| 144 | Credit Suisse Group-Spon ADR (common) | | | | | Buy | 02/01 | J | | |
| 145 | Credit Suisse Group-Spon-ADR (common) | | | | | Partial Sale | 07/25 | J | None | |
| 146 | Credit Suisse Group-Spon-ADR (common) | | | | | Partial Sale | 08/13 | J | None | |
| 147 | Credit Suisse Group-Spon-ADR (common) | | | | | Sell | 09/17 | J | None | |
| 148 | Crown Castle Int'l Corp (common) | | | | | Sell | 08/21 | J | A | |
| 149 | Deere & Co (common) | | | | | Buy | 07/30 | J | | |
| 150 | Deere & Co (common) | | | | | Buy | 08/22 | J | | |
| 151 | Deere & Co (common) | | | | | Buy | 10/04 | J | | |
| 152 | Deere & Co (common) | | | | | Buy | 10/02 | J | | |
| 153 | Deutsche Bank AG Registered (common) | | | | | Buy | 08/23 | J | | |
| 154 | Deutsche Bank AG Registered (common) | | | | | Buy | 11/28 | J | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1=$ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 9    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 155 | Deutsche Bank AG Registered (common) | | | | | Buy | 12/05 | J | | |
| 156 | Dow Chemical (common) | | | | | Buy | 03/19 | J | | |
| 157 | Dow Chemical (common) | | | | | Buy | 08/20 | J | | |
| 158 | Dow Chemical (common) | | | | | Buy | 08/31 | J | | |
| 159 | Dow Chemical (common) | | | | | Buy | 08/23 | J | | |
| 160 | Dow Chemical (common) | | | | | Buy | 08/09 | J | | |
| 161 | Eaton (common) | | | | | | | | | |
| 162 | Ebay Inc (common) | | | | | Buy | 03/09 | J | | |
| 163 | Ebay Inc (common) | | | | | Partial Sale | 09/17 | J | A | |
| 164 | Ebay Inc (common) | | | | | Sell | 12/20 | J | A | |
| 165 | Electronic Data Systems Corp (common) | | | | | | | | | |
| 166 | EMC Corp/Mass (common) | | | | | Buy | 10/29 | J | | |
| 167 | Emerson Electric Co (common) | | | | | Partial Sale | 03/07 | J | A | |
| 168 | Emerson Electric & Co (common) | | | | | Buy | 08/22 | J | | |
| 169 | Emerson Electric & Co (common) | | | | | Buy | 11/27 | J | | |
| 170 | Entergy Corp (common) | | | | | | | | | |
| 171 | EOG Res Inc (common) | | | | | Buy | 10/17 | J | | |
| 172 | EOG Res Inc (common) | | | | | Buy | 12/11 | J | | |
| 173 | Exxon Mobile Corp (common) | | | | | | | | | |
| 174 | Fannie Mae (common) previously listed as Federal National Mortgage Assn | | | | | Partial Sale | 09/17 | J | A | See 2006 Report line 71 |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less<br>O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

VII. Page 10    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 175 | Fannie Mae (common) previously listed as Federal National Mortgage Assn | | | | | Buy | 12/27 | J | | |
| 176 | Federal Home Loan Mortgage -See Freddie Mac | | | | | | | | | |
| 177 | Federal National Mortgage Assn - See Fannie Mae | | | | | | | | | |
| 178 | Fluor Corp (common) | | | | | Buy | 10/22 | J | | |
| 179 | Fluor Corp (common) | | | | | Buy | 11/28 | J | | |
| 180 | Fortune Brands Inc (common) | | | | | Sell | 02/01 | J | A | |
| 181 | Franklin Resources Inc (common) | | | | | Buy | 02/14 | J | | |
| 182 | Freddie Mac (common) previously listed as Federal Home Logan Mortgage | | | | | Buy | 02/14 | J | | |
| 183 | Freddie Mac (common) previously listed as Federal Home Logan Mortgage | | | | | Partial Sale | 09/25 | J | None | See 2006 Report line 70 |
| 184 | Freddie Mac (common) previously listed as Federal Home Logan Mortgage | | | | | Sell | 12/21 | J | None | See 2006 Report line 70 |
| 185 | Genentech Inc (common) | | | | | Partial Sale | 04/26 | J | A | |
| 186 | Genentech Inc (common) | | | | | Buy | 08/31 | J | | |
| 187 | Genentech Inc (common) | | | | | Partial Sale | 12/20 | J | None | |
| 188 | General Electric Co (common) | | | | | Partial Sale | 03/09 | J | None | |
| 189 | General Electric Co (common) | | | | | Partial Sale | 04/23 | J | B | |
| 190 | General Electric Co (common) | | | | | Partial Sale | 04/10 | J | A | |
| 191 | General Electric Co (common) | | | | | Partial Sale | 08/03 | J | B | |
| 192 | General Electric Co (common) | | | | | Partial Sale | 10/04 | J | B | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

VII. Page 11   INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 193  Genworth Financial Inc - CL A (common) | | | | | Sell | 12/19 | J | None | |
| 194  Gilead Sciences Inc (common) | | | | | Buy | 02/14 | J | | |
| 195  Gilead Sciences Inc (common) | | | | | Partial Sale | 08/21 | J | A | |
| 196  GlobalSantaFe Corp (common) | | | | | Sell | 08/21 | J | C | |
| 197  Goldman Sachs Group Inc (common) | | | | | Partial Sale | 08/21 | J | A | |
| 198  Goldman Sachs Group Inc (common) | | | | | Partial Sale | 09/25 | J | A | |
| 199  Google Inc-CL A (common) | | | | | Buy | 02/14 | J | | |
| 200  Greenfield Financial Group (common) | | | | | | | | | |
| 201  Halliburton Co (common) | | | | | Partial Sale | 01/11 | J | None | |
| 202  Halliburton Co (common) | | | | | Partial Sale | 04/20 | J | None | |
| 203  Halliburton Co (common) | | | | | Sell | 08/20 | J | None | |
| 204  Hewlett-Packard Co (common) | | | | | Buy | 02/14 | J | | |
| 205  Hewlett-Packard Co (common) | | | | | Buy | 08/22 | J | | |
| 206  Hilton Hotels Corp (common) | | | | | Sell | 09/25 | J | A | |
| 207  Hologic Inc (common) | | | | | Buy | 11/01 | J | | |
| 208  Honeywell International Inc (common) | | | | | Buy | 04/24 | J | | |
| 209  Honeywell International Inc (common) | | | | | Buy | 08/21 | J | | |
| 210  Honeywell International Inc (common) | | | | | Buy | 08/22 | J | | |
| 211  Idearc Inc (common) | | | | | | | | | |
| 212  Ingersoll-Rand Co Ltd-CL A (common) | | | | | Buy | 02/22 | J | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 12    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 213  Intel Corp (common) | | | | | Buy | 07/18 | J | | |
| 214  Intel Corp (common) | | | | | Buy | 08/31 | J | | |
| 215  Intel Corp (common) | | | | | Buy | 08/02 | J | | |
| 216  Intel Corp (common) | | | | | Partial Sale | 12/20 | J | A | |
| 217  Interpublic Gruop of Cos Inc (common) | | | | | Sell | 08/22 | J | A | |
| 218  Intl Business Machines Corp (common) | | | | | | | | | |
| 219  Johnson & Johnson (common) | | | | | Partial Sale | 02/05 | J | C | |
| 220  Johnson & Johnson (common) | | | | | Sell | 03/15 | J | B | |
| 221  JP Morgan Chase & Co (common) | | | | | Partial Sale | 09/17 | J | A | |
| 222  JP Morgan Chase & Co (common) | | | | | Partial Sale | 10/18 | J | A | |
| 223  JP Morgan Chase & Co (common) | | | | | Buy | 12/10 | J | | |
| 224  JP Morgan Chase & Co (common) | | | | | Buy | 12/03 | J | | |
| 225  Kellogg Co (common) | | | | | Sell | 08/22 | J | A | |
| 226  Kohls Corp (common) | | | | | Buy | 01/04 | J | | |
| 227  Kohls Corp (common) | | | | | Buy | 02/06 | J | | |
| 228  Kohls Corp (common) | | | | | Buy | 08/31 | J | | |
| 229  Kohls Corp (common) | | | | | Partial Sale | 11/23 | J | None | |
| 230  Kraft Foods Inc (common) | | | | | Buy | 05/15 | J | | |
| 231  Kraft Foods Inc (common) | | | | | Partial Sale | 08/17 | J | None | |
| 232  Kraft Foods Inc (common) | | | | | Sell | 09/25 | J | A | |

| 1 Inc/Gain Codes: A=1,000 or less       B=$1,001-$2,500       C=2,501-$5,000       D=$5,001-$15,000       E=$15,001-$50,000 |
|---|
| (Col B1, D4)       F=$50,000-$100,000       G=$100,001-1,000,000       H=$1,000,001-$5,000,000       H2=$5,000,001 or more |
| 2 Val Codes:  J=$15,000 or less       K=$15,001-$50,000       L=$50,001-100,000       M=$100,001-$250,000       N=$250,001-$500,000 |
| (Col C1, D3) O=500,000-$1,000,000  P1= $ 1,000,001-$5,000,000       P2=$5,000,001-$25,000,000       P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |
| 3 Val Mth Codes:  Q=Appraisal       R=Cost (real estate only)       S=Assessment       T=Cash/Market |
| (col C2)       U=Book Value       V=Other       W=Estimate |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 07/15/2008 |

VII. Page 13   INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 233 Kraft Foods Inc (common) | | | | | Partial Sale | 09/10 | J | A | |
| 234 Las Vegas Sands Corp (common) | | | | | | | | | |
| 235 Lazard LTD-CL A (common) | | | | | Sell | 05/11 | J | A | |
| 236 Legg Mason Inc (common) | | | | | Buy | 07/18 | J | | |
| 237 Legg Mason Inc (common) | | | | | Buy | 08/22 | J | | |
| 238 Legg Mason Inc (common) | | | | | Partial Sale | 10/09 | J | None | |
| 239 Legg Mason Inc (common) | | | | | Partial Sale | 11/13 | J | None | |
| 240 Legg Mason Inc (common) | | | | | Sell | 11/08 | J | None | |
| 241 Lehman Brothers Holdings Inc (common) | | | | | Buy | 01/23 | J | | |
| 242 Lehman Brothers Holdings Inc (common) | | | | | Buy | 02/14 | J | | |
| 243 Lehman Brothers Holdings Inc (common) | | | | | Sell | 08/31 | J | None | |
| 244 Lincoln National Corp (common) | | | | | Partial Sale | 02/08 | O | G | |
| 245 Macy's Inc (common) | | | | | Buy | 02/21 | J | | |
| 246 Macy's Inc (common) | | | | | Buy | 03/02 | J | | |
| 247 Macy's Inc (common) | | | | | Buy | 08/10 | J | | |
| 248 Macy's Inc (common) | | | | | Buy | 09/05 | J | | |
| 249 Macy's Inc (common) | | | | | Buy | 09/07 | J | | |
| 250 Macy's Inc (common) | | | | | Buy | 09/12 | J | | |
| 251 Macy's Inc (common) | | | | | Buy | 10/24 | J | | |
| 252 Macy's Inc (common) | | | | | Partial Sale | 11/26 | J | None | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 14    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253 Marathon Oil Corp (common) | | | | | Buy | 03/20 | J | | |
| 254 Marathon Oil Corp (common) | | | | | Buy | 05/04 | J | | |
| 255 Marathon Oil Corp (common) | | | | | Buy | 06/25 | J | | |
| 256 Marathon Oil Corp (common) | | | | | Buy | 08/22 | J | | |
| 257 Marathon Oil Corp (common) | | | | | Buy | 08/24 | J | | |
| 258 Marathon Oil Corp (common) | | | | | Partial Sale | 1109 | J | None | |
| 259 MBIA Inc (common) | | | | | Buy | 01/23 | J | | |
| 260 MBIA Inc (common) | | | | | Buy | 11/30 | J | | |
| 261 MBIA Inc (common) | | | | | Partial Sale | 12/31 | J | None | |
| 262 McDonald's Corp (common) | | | | | Partial Sale | 08/21 | J | C | |
| 263 McDonald's Corp (common) | | | | | Partial Sale | 08/29 | J | B | |
| 264 McKesson Corp (common) | | | | | Buy | 02/07 | J | | |
| 265 McKesson Corp (common) | | | | | Buy | 08/23 | J | | |
| 266 Medco Health Solutions Inc (common) | | | | | Buy | 08/22 | J | | |
| 267 Medco Health Solutions Inc (common) | | | | | Buy | 09/06 | J | | |
| 268 Medco Health Solutions Inc (common) | | | | | Buy | 11/13 | J | | |
| 269 Merck & Co Inc (common) | | | | | Buy | 02/14 | J | | |
| 270 Merck & Co Inc (common) | | | | | Buy | 03/09 | J | | |
| 271 Merck & Co Inc (common) | | | | | Partial Sale | 04/26 | J | A | |
| 272 Merck & Co Inc (common) | | | | | Buy | 04/24 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4)   F=$50,000-$100,000 | B=$1,001-$2,500   G=$100,001-1,000,000 | C=2,501-$5,000   H=$1,000,001-$5,000,000 | D=$5,001-$15,000   H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes:  J=$15,000 or less (Col C1, D3)   O=500,000-$1,000,000 | K=$15,001-$50,000   P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000   P2=$5,000,001-$25,000,000 | M=$100,001-$250,000   P3=$25,000,001-$50,000,000 | N=$250,001-$500,000   P4=$50,000,001 or more |
| 3 Val Mth Codes:  Q=Appraisal (col C2)   U=Book Value | R=Cost (real estate only)   V=Other | S=Assessment   W=Estimate | T=Cash/Market | |

VII. Page 15    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273 Merrill Lynch & Co Inc (common) | | | | | Buy | 08/27 | J | | |
| 274 Merrill Lynch & Co Inc (common) | | | | | Buy | 08/31 | J | | |
| 275 Merrill Lynch & Co Inc (common) | | | | | Partial Sale | 10/24 | J | None | |
| 276 Merrill Lynch & Co Inc (common) | | | | | Partial Sale | 11/14 | J | None | |
| 277 Merrill Lynch & Co Inc (common) | | | | | Sell | 11/23 | J | None | |
| 278 MetLife Inc (common) | | | | | Buy | 01/30 | J | | |
| 279 MetLife Inc (common) | | | | | Buy | 03/01 | J | | |
| 280 MetLife Inc (common) | | | | | Buy | 08/23 | J | | |
| 281 MetLife Inc (common) | | | | | Buy | 11/27 | J | | |
| 282 MetLife Inc (common) | | | | | Buy | 12/06 | J | | |
| 283 Microsoft Corp (common) | | | | | Buy | 02/15 | J | | |
| 284 Microsoft Corp (common) | | | | | Partial Sale | 07/13 | J | A | |
| 285 Microsoft Corp (common) | | | | | Partial Sale | 09/17 | J | A | |
| 286 Monsanto Co (common) | | | | | | | | | |
| 287 Monster Worldwide Inc (common) | | | | | Buy | 02/14 | J | | |
| 288 Monster Worldwide Inc (common) | | | | | Sell | 05/04 | J | None | |
| 289 Moody's Corp (common) | | | | | Buy | 08/22 | J | | |
| 290 Moody's Corp (common) | | | | | Partial Sale | 12/20 | J | None | |
| 291 Morgan Stanley (common) | | | | | Buy | 08/31 | J | | |
| 292 Morgan Stanley (common) | | | | | Buy | 08/09 | J | | |

1 Inc/Gain Codes: A=1,000 or less     B=$1,001-$2,500     C=2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(Col B1, D4)     F=$50,000-$100,000     G=$100,001-1,000,000     H=$1,000,001-$5,000,000     H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less     K=$15,001-$50,000     L=$50,001-100,000     M=$100,001-$250,000     N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000     P1= $ 1,000,001-$5,000,000     P2=$5,000,001-$25,000,000     P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
(col C2)     U=Book Value     V=Other     W=Estimate

VII. Page 16    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 293 | Morgan Stanley (common) | | | | | Buy | 09/28 | J | | |
| 294 | Morgan Stanley (common) | | | | | Buy | 10/04 | J | | |
| 295 | Morgan Stanley (common) | | | | | Sell | 11/23 | J | None | |
| 296 | National City Corp (common) | | | | | Buy | 04/04 | J | | |
| 297 | National City Corp (common) | | | | | Sell | 08/07 | J | None | |
| 298 | Netapp Inc, Fka Network Appliance Inc (common) | | | | | Partial Sale | 08/21 | J | None | |
| 299 | Netapp Inc, Fka Network Appliance Inc (common) | | | | | Sell | 10/12 | J | None | |
| 300 | Nike Inc-CL B (common) | | | | | Buy | 03/09 | J | | |
| 301 | Nike Inc - CL B (common) | | | | | Sell | 08/20 | J | A | |
| 302 | Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 08/21 | J | A | |
| 303 | Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 08/20 | J | B | |
| 304 | Nokia Corp-Spon ADR (common) | | | | | Buy | 11/13 | J | | |
| 305 | Nokia Corp-Spon ADR (common) | | | | | Buy | 11/09 | J | | |
| 306 | Northrop Grumman Corp (common) | | | | | Buy | 02/14 | J | | |
| 307 | Northrop Grumman Corp (common) | | | | | Partial Sale | 04/20 | J | A | |
| 308 | Northrop Grumman Corp (common) | | | | | Buy | 08/23 | J | | |
| 309 | Northrop Grumman Corp (common) | | | | | Buy | 11/27 | J | | |
| 310 | Nvidia Corp (common) | | | | | Buy | 01/18 | J | | |
| 311 | Nvidia Corp (common) | | | | | Buy | 10/12 | J | | |
| 312 | Nvidia Corp (common) | | | | | Buy | 10/22 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)   F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
|---|---|---|---|---|
| (col C2)   U=Book Value | V=Other | W=Estimate | | |

VII. Page 17    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets  Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.  Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 313 | NYSE Euronext (common) | | | | | | | | |
| 314 | Oracle Corp (common) | | | | | Sell | 03/12 | J | None |
| 315 | Owens-Illinois Inc (common) | | | | | Sell | 08/21 | J | C |
| 316 | Parker-Hannifin Corp (common) | | | | | Buy | 08/23 | J | |
| 317 | Pepsico Inc (common) | | | | | Partial Sale | 02/05 | J | B |
| 318 | Pepsico Inc (common) | | | | | Buy | 11/01 | J | |
| 319 | Pfizer Inc (common) | | | | | Buy | 06/25 | J | |
| 320 | Pfizer Inc (common) | | | | | Buy | 07/13 | J | |
| 321 | Pharmerica Corp (common) | | | | | Sell | 10/16 | J | None |
| 322 | Procter & Gamble Co (common) | | | | | Partial Sale | 05/11 | J | D |
| 323 | Procter & Gamble Co (common) | | | | | Partial Sale | 05/03 | J | B |
| 324 | Procter & Gamble Co (common) | | | | | Partial Sale | 06/20 | J | D |
| 325 | Procter & Gamble Co (common) | | | | | Partial Sale | 07/11 | J | B |
| 326 | Procter & Gamble Co (common) | | | | | Partial Sale | 07/25 | J | B |
| 327 | Procter & Gamble Co (common) | | | | | Buy | 09/06 | J | |
| 328 | Qualcomm Inc (common) | | | | | Partial Sale | 08/31 | J | A |
| 329 | Qualcomm Inc (common) | | | | | Sell | 10/24 | J | A |
| 330 | Research in Motion (common) | | | | | Buy | 10/12 | J | |
| 331 | Research in Motion (common) | | | | | Buy | 10/02 | J | |
| 332 | Research in Motion (common) | | | | | Buy | 11/27 | J | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less  F=$50,000-$100,000 | B=$1,001-$2,500  G=$100,001-1,000,000 | C=2,501-$5,000  H=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=$5,000,001 or more | E=$15,000-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less  O=500,000-$1,000,000 | K=$15,001-$50,000  P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000  P2=$5,000,001-$25,000,000 | M=$100,001-$250,000  P3=$25,000,001-$50,000,000 | N=$250,001-$500,000  P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal  U=Book Value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimate | T=Cash/Market | |

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

VII. Page 18    INVESTMENT and TRUSTS – income, value, transactions

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 333 | Rockwell Collins Inc (common) | | | | | Sell | 08/21 | J | A | |
| 334 | Royal Dutch Shell PLC-ADR (common) | | | | | Buy | 08/23 | J | | |
| 335 | Royal Dutch Shell PLC-ADR (common) | | | | | Buy | 11/13 | J | | |
| 336 | Safeway Inc (common) | | | | | Buy | 03/07 | J | | |
| 337 | Sara Lee Corp (common) | | | | | Buy | 02/05 | J | | |
| 338 | Sara Lee Corp (common) | | | | | Buy | 09/28 | J | | |
| 339 | Schlumberger Ltd (common) | | | | | Buy | 08/22 | J | | |
| 340 | Schlumberger Ltd (common) | | | | | Buy | 10/13 | J | | |
| 341 | Schwab (Charles) Corp (common) | | | | | Sell | 09/17 | J | A | |
| 342 | Spirit Aerosystems Hldg-CL A (common) | | | | | Buy | 01/26 | J | | |
| 343 | Spirit Aerosystems Hldg-CL A (common) | | | | | Buy | 06/25 | J | | |
| 344 | Sprint Nextel Corp (common) | | | | | Buy | 11/27 | J | | |
| 345 | Sprint Nextel Corp (common) | | | | | Buy | 12/26 | J | | |
| 346 | SPX Corp (common) | | | | | | | | | |
| 347 | Starwood Hotels & Resorts (common) | | | | | Buy | 02/12 | J | | |
| 348 | Starwood Hotels & Resorts (common) | | | | | Buy | 02/15 | J | | |
| 349 | Starwood Hotels & Resorts (common) | | | | | Partial Sale | 11/26 | J | None | |
| 350 | Starwood Hotels & Resorts (common) | | | | | Sell | 12/20 | J | None | |
| 351 | Sun Microsystems Inc (common) | | | | | Buy | 03/13 | J | | |
| 352 | Sun Microsystems Inc (common) | | | | | Sell | 08/23 | J | None | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 19    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 353 | Suntrust Banks Inc (common) | | | | | Sell | 04/26 | J | A | |
| 354 | Supervalu Inc (common) | | | | | Buy | 11/02 | J | | |
| 355 | Target Corp (common) | | | | | Partial Sale | 08/21 | J | B | |
| 356 | Target Corp (common) | | | | | Partial Sale | 12/20 | J | A | |
| 357 | Tech Data Corp (common) | | | | | | | | | |
| 358 | Terex Corp (common) | | | | | Buy | 11/06 | J | | |
| 359 | Teva Pharmaceutical-SP ADR (common) | | | | | Partial Sale | 02/02 | J | A | |
| 360 | Teva Pharmaceutical-SP ADR (common) | | | | | Buy | 08/22 | J | | |
| 361 | Textron Inc (common) | | | | | Buy | 10/30 | J | | |
| 362 | Textron Inc (common) | | | | | Buy | 12/07 | J | | |
| 363 | Time Warner Inc (common) | | | | | Buy | 02/15 | J | | |
| 364 | Time Warner Inc (common) | | | | | Partial Sale | 04/23 | J | None | |
| 365 | Time Warner Inc (common) | | | | | Partial Sale | 04/20 | J | None | |
| 366 | Time Warner Inc (common) | | | | | Partial Sale | 08/21 | J | None | |
| 367 | Toyota Motor Corp (common) | | | | | Partial Sale | 04/26 | J | A | |
| 368 | Toyota Motor Corp (common) | | | | | Sell | 08/21 | J | A | |
| 369 | Travelers Cos Inc (common) | | | | | Buy | 08/23 | J | | |
| 370 | Travelers Cos Inc (common) | | | | | Buy | 11/27 | J | | |
| 371 | Tyco International Ltd (common) | | | | | Buy | 02/05 | J | | |
| 372 | Tyco International Ltd (common) | | | | | Buy | 05/15 | J | | |

1 Inc/Gain Codes:  A=1,000 or less       B=$1,001-$2,500       C=2,501-$5,000       D=$5,001-$15,000       E=$15,001-$50,000
(Col B1, D4)       F=$50,000-$100,000       G=$100,001-1,000,000       H=$1,000,001-$5,000,000       H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less       K=$15,001-$50,000       L=$50,001-100,000       M=$100,001-$250,000       N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal       R=Cost (real estate only)       S=Assessment       T=Cash/Market
(col C2)       U=Book Value       V=Other       W=Estimate

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 07/15/2008 |

VII. Page 20    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.* *Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 373 Tyco International Ltd (common) | | | | | Partial Sale | 12/31 | J | None | |
| 374 UBS AG-Reg (common) | | | | | Partial Sale | 03/07 | J | A | |
| 375 UBS AG-Reg (common) | | | | | Sell | 08/21 | J | None | |
| 376 United Technologies Corp (common) | | | | | Buy | 08/22 | J | | |
| 377 United Technologies CC (common) | | | | | Partial Sale | 12/20 | J | A | |
| 378 Verizon Communications Inc (common) | | | | | Buy | 02/14 | J | | |
| 379 Verizon Communications Inc (common) | | | | | Partial Sale | 03/16 | J | A | |
| 380 VF Corp (common) | | | | | Buy | 02/21 | J | | |
| 381 Vodafone Group(common) | | | | | Buy | 05/10 | J | | |
| 382 Vodafone Group (common) | | | | | Buy | 06/25 | J | | |
| 383 Vodafone Group (common) | | | | | Buy | 06/20 | J | | |
| 384 Vodafone Group (common) | | | | | Buy | 10/02 | J | | |
| 385 Wal-Mart Stores Inc (common) | | | | | Sell | 01/03 | J | A | |
| 386 Washington Mutual Inc (common) | | | | | Buy | 09/06 | J | | |
| 387 Washington Mutual Inc (common) | | | | | Sell | 10/26 | J | None | |
| 388 WellPoint Inc (common) | | | | | Partial Sale | 08/29 | J | A | |
| 389 WellPoint Inc (common) | | | | | Partial Sale | 09/17 | J | A | |
| 390 WellPoint Inc (common) | | | | | Partial Sale | 10/02 | J | A | |
| 391 Wisconsin Energy Corp (common) | | | | | | | | | |
| 392 Wrigley William Jr. Co (common) | | | | | Buy | 01/18 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)  F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)  U=Book Value | V=Other | W=Estimate | |

VII. Page 21    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 393 Wynn Resorts, Ltd (common) | | | | | Buy | 01/23 | J | | |
| 394 Wynn Resorts Ltd (common) | | | | | Sell | 07/02 | J | None | |
| 395 Yahoo! Inc (common) | | | | | Sell | 01/18 | J | A | |
| 396 S2 | A | Dividend & Capital Gains | O | T | | | | | |
| 397 Aztar (common) | | | | | Sell | 01/03 | K | D | |
| 398 DFA Emerging Markets Core Equity Fund | | | | | Partial Sale | 08/10 | J | A | |
| 399 DFA Emerging Markets Core Equity Fund | | | | | Sell | 09/17 | J | C | |
| 400 DFA International Value Fund | | | | | Sell | 09/17 | J | C | |
| 401 DFA Large Cap International Fund | | | | | | | | | |
| 402 DFA US Large Cap Value Fund | | | | | Buy | 02/09 | K | | |
| 403 DFA US Large Cap Value Fund | | | | | Sell | 06/29 | L | D | |
| 404 DFA US Small Cap Value Fund | | | | | Sell | 04/30 | K | C | |
| 405 Forward Interntl Small Co (common) | | | | | Buy | 01/25 | J | | |
| 406 Forward Interntl Small Co (common) | | | | | Sell | 09/17 | J | D | |
| 407 Greenfield Commercial Credit LLC | | | | | | | | | |
| 408 Hennessy Focus 30 Fund | | | | | | | | | |
| 409 Hodges Growth Fund | | | | | Sell | 02/28 | K | B | |
| 410 Hussman Strategic Growth Fund | | | | | Sell | 02/08 | K | B | |
| 411 iShares Dow Jones Select Dividend Index Fund | | | | | | | | | |
| 412 iShares S&P 500/Barra Growth Fund | | | | | | | | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 22    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 413 | iShares TR Russell 2000 Growth Index Fund | | | | | Sell | 02/28 | K | B | |
| 414 | Lincoln National (common) | | | | | | | | | |
| 415 | Powershares QQQ Trust Fund | | | | | Sell | 06/29 | J | A | |
| 416 | S&P Dep Rcpts/Spdrs Trust | | | | | | | | | |
| 417 | US Global China Regional Opp Fund | | | | | Sell | 01/24 | J | C | |
| 418 | Vanguard Growth ETF Fund | | | | | Sell | 02/28 | K | None | |
| 419 | **IRA1** | None | | N | T | | | | | |
| 420 | DFA Emerging Markets Core Equity Fund | | | | | Buy | 06/29 | J | | |
| 421 | DFA International Value Fund | | | | | Buy | 05/24 | J | | |
| 422 | DFA Large Cap Fund | | | | | Buy | 06/29 | J | | |
| 423 | DFA US Large Cap Value Fund | | | | | Buy | 06/29 | L | | |
| 424 | DFA US Micro Cap Fund | | | | | Buy | 06/29 | J | | |
| 425 | DFA US Micro Cap Fund | | | | | Sell | 12/17 | K | None | |
| 426 | DFA US Small Cap Value Fund | | | | | Buy | 05/24 | L | | |
| 427 | DFA US Small Cap Value Fund | | | | | Sell | 12/17 | K | None | |
| 428 | DFA US Vector Fund | | | | | Buy | 12/20 | L | | |
| 429 | Forward International Small Companies Fund | | | | | Buy | 06/29 | J | | |
| 430 | Hennessy Focus 30 - Inst'l Shs | | | | | Buy | 07/03 | K | | |
| 431 | Hodges Growth Fund | | | | | Buy | 05/24 | L | | |
| 432 | iShares Dow Jones Select Dividend Fund | | | | | Buy | 06/29 | J | | |
| 433 | iShares S&P 500 Growth Index Fund | | | | | Buy | 06/29 | J | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

VII.   Page 23     INVESTMENT and TRUSTS – income, value, transactions

| A.<br>**Description of Assets**<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 434  iSharesTR Russell2000 Growth Index Fund | | | | | Buy | 05/24 | L | | |
| 435  Matthews Asian Growth & Income Fund | | | | | Buy | 06/29 | J | | |
| 436  Powershares QQQ Trust | | | | | Buy | 06/29 | K | | |
| 437  S&P Dep Rcpts/Spdrs Trust | | | | | Buy | 06/29 | J | | |
| 438  Vanguard Growth ETF | | | | | Buy | 05/25 | L | | |
| 439  **IRA2** | None | | K | T | | | | | |
| 440  Emerging Market Telecom Fund | | | | | Sell | 05/24 | K | E | |
| 441  Powershares QQQ Trust Fund | | | | | | | | | |
| 442  S&P Dep Rcpts/Spdrs Trust | | | | | Buy | 05/31 | K | | |
| 443  **FR1** | None | | N | T | | | | | |
| 444  DFA 1-Year Fixed Income Fund | | | | | | | | | |
| 445  DFA Emerging Markets Core Equity Fund | | | | | Sell | 09/07 | J | B | |
| 446  DFA International Value Fund | | | | | | | | | |
| 447  DFA Large Cap International Fund | | | | | | | | | |
| 448  DFA US Large Cap Value Fund | | | | | Buy | 02/09 | J | | |
| 449  DFA US Micro Cap Fund | | | | | Sell | 12/17 | J | A | |
| 450  DFA US Small Cap Value Fund | | | | | Sell | 12/17 | J | A | |
| 451  Fidelity Cash Reserves Fund | | | | | | | | | |
| 452  Forward Intenational Small Companies Fund | | | | | Buy | 01/25 | J | | |
| 453  Goldman Core Fixed Income Fund | | | | | Buy | 08/02 | K | | |
| 454  Hennessy Focus 30 Fund | | | | | Sell | 09/07 | J | B | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4)     F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,000-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes:   J=$15,000 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes:   Q=Appraisal (col C2)    U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

VII. Page 24    INVESTMENT and TRUSTS – income, value, transactions

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| 455 | Hodges Growth Fund | | | | | | | | |
| 456 | Hussman Strategic Growth (mutual fuind) | | | | | Sell | 02/08 | J | B | |
| 457 | iShares Dow Jones Select Dividend | | | | | | | | |
| 458 | iShares S&P 500/Barra Growth Fund | | | | | | | | |
| 459 | iShares TR Russell 2000 Growth Index Fund | | | | | | | | |
| 460 | Julius Baer Total Return Bond Fund | | | | | | | | |
| 461 | Lincoln National (common) | | | | | | | | |
| 462 | Matthews Asian Growth & Income Fund | | | | | | | | |
| 463 | PIMCO Total Return | | | | | Sell | 08/01 | K | None | |
| 464 | Powershares QQQ Trust Fund | | | | | | | | |
| 465 | S&P Dep Rcpts/Spdrs Trust Fund | | | | | Sell | 09/07 | J | A | |
| 466 | US Global China Region Opportunity Fund | | | | | Sell | 01/24 | J | B | |
| 467 | Vanguard Fixed Inc Secs Sh Term Corp Fund | | | | | Buy | 01/03 | J | | |
| 468 | Vanguard Fixed Inc Secs Sh Term Corp Fund | | | | | Sell | 12/04 | K | None | |
| 469 | Vanguard Growth ETF Fund | | | | | | | | |
| 470 | **FR2** (previously FR3) | E | Dividend & Capital Gains | O | T | | | | |
| 471 | CUB Investment Partnership | | | | | | | | |
| 472 | DFA Emerging Markets Core Equity Fund | | | | | Buy | 01/03 | J | | |
| 473 | DFA Emerging Markets Core Equity Fund | | | | | Partial Sale | 07/31 | J | A | |

| 1 Inc/Gain Codes:<br>(Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Val Codes:<br>(Col C1, D3) | J=$15,000 or less<br>O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes:<br>(col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

VII. Page 25    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 474  DFA Emerging Markets Core Equity Fund | | | | | Sell | 08/27 | J | None | |
| 475  DFA International Value Fund | | | | | | | | | |
| 476  DFA Large Cap International Fund | | | | | Buy | 01/03 | K | | |
| 477  DFA US Large Cap Value Fund | | | | | Buy | 01/03 | J | | |
| 478  DFA US Large Cap Value Fund | | | | | Buy | 01/03 | K | | |
| 479  DFA US Micro Cap Fund | | | | | Buy | 01/03 | J | | |
| 480  DFA US Micro Cap Fund | | | | | Sell | 12/17 | K | A | |
| 481  DFA US Vector Equity Fund | | | | | Buy | 12/20 | K | | |
| 482  DFA US Small Cap Value Fund | | | | | Sell | 12/17 | K | A | |
| 483  Forward Internat'l Small Co (common) | | | | | Buy | 01/25 | J | | |
| 484  Greenfield Commercial Credit (common) | | | | | | | | | |
| 485  Hennessy Focus 30 Fund | | | | | Partial Sale | 01/03 | J | B | |
| 486  Hennessy Focus 30 Fund | | | | | Sell | 08/27 | J | A | |
| 487  Hodges Growth Fund | | | | | Buy | 01/03 | J | | |
| 488  Hussman Strategic Growth Fund | | | | | Buy | 01/03 | J | | |
| 489  Hussman Strategic Growth Fund | | | | | Sell | 02/08 | K | A | |
| 490  iShares Dow Jones Select Dividend Fund | | | | | Buy | 01/03 | J | | |
| 491  iShares Dow Jones S&P 500Growth Index Fund | | | | | Buy | 01/03 | J | | |
| 492  iShares S&P 500/Barra Growth Index Fund | | | | | | | | | |
| 493  iShares TR Russell 2000 Growth Index Fund | | | | | Buy | 01/03 | J | | |
| 494  Lincoln National (common) | | | | | | | | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 07/15/2008 |

VII. Page 26    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 495  Matthews Asian Growth & Income Fund | | | | | Buy | 01/03 | J | | |
| 496  Matthews Asian Growth & Income Fund | | | | | Sell | 08/27 | J | A | |
| 497  Powershares QQQ Trust Fund(fka Nasdaq 100 Tr Unit Ser 1 Fund) | | | | | Buy | 01/03 | J | | |
| 498  S&P Dep Rcpts/Spdrs Trust Fund | | | | | Buy | 01/03 | K | | |
| 499  US Global China Regional Opp Fund | | | | | Sell | 01/24 | J | C | |
| 500  Vanguard Growth ETF | | | | | Buy | 01/03 | K | | |
| 501  White Oak Growth Assoc Funds | | | | | Sell | 01/03 | K | None | |
| 502  **FR3** (previously FR4) | E | Dividend & Capital Gains | O | T | | | | | |
| 503  CUB Investment Partnership | | | | | | | | | |
| 504  DFA Emerging Markets Core Equity Fund | | | | | Buy | 01/03 | J | | |
| 505  DFA Emerging Markets Core Equity Fund | | | | | Partial Sale | 07/31 | J | A | |
| 506  DFA Emerging Markets Core Equity Fund | | | | | Sell | 08/27 | J | None | |
| 507  DFA International Value Fund | | | | | | | | | |
| 508  DFA Large Cap International Fund | | | | | Buy | 01/03 | K | | |
| 509  DFA US Large Cap Value Fund | | | | | Buy | 01/03 | J | | |
| 510  DFA US Large Cap Value Fund | | | | | Buy | 01/03 | K | | |
| 511  DFA US Micro Cap Fund | | | | | Buy | 01/03 | J | | |
| 512  DFA US Micro Cap Fund | | | | | Sell | 12/17 | K | A | |
| 513  DFA US Vector Equity Fund | | | | | Buy | 12/20 | K | | |
| 514  DFA US Small Cap Value Fund | | | | | Sell | 12/17 | K | None | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

VII. Page 27     INVESTMENT and TRUSTS – income, value, transactions

*(Excludes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 515 Forward Internat'l Small Co (common) | | | | | Buy | 01/25 | J | | |
| 516 Greenfield Commercial Credit (common) | | | | | | | | | |
| 517 Hennessy Focus 30 Fund | | | | | Partial Sale | 01/03 | J | B | |
| 518 Hennessy Focus 30 Fund | | | | | Sell | 08/27 | J | A | |
| 519 Hodges Growth Fund | | | | | Buy | 01/03 | J | | |
| 520 Hussman Strategic Growth Fund | | | | | Buy | 01/03 | J | | |
| 521 Hussman Strategic Growth Fund | | | | | Sell | 02/08 | K | A | |
| 522 iShares Dow Jones Select Dividend Fund | | | | | Buy | 01/03 | J | | |
| 523 iShares Dow Jones S&P 500Growth Index Fund | | | | | Buy | 01/03 | J | | |
| 524 iShares S&P 500/Barra Growth Index Fund | | | | | | | | | |
| 525 iShares TR Russell 2000 Growth Index Fund | | | | | Buy | 01/03 | J | | |
| 526 Lincoln National (common) | | | | | | | | | |
| 527 Matthews Asian Growth & Income Fund | | | | | Buy | 01/03 | J | | |
| 528 Matthews Asian Growth & Income Fund | | | | | Sell | 08/27 | J | A | |
| 529 Powershares QQQ Trust Fund(fka Nasdaq 100 Tr Unit Ser I Fund) | | | | | Buy | 01/03 | J | | |
| 530 S&P Dep Rcpts/Spdrs Trust Fund | | | | | Buy | 01/03 | K | | |
| 531 US Global China Regional Opp Fund | | | | | Sell | 01/24 | J | C | |
| 532 Vanguard Growth ETF | | | | | Buy | 01/03 | K | | |
| 533 White Oak Growth Assoc Funds | | | | | Sell | 01/03 | K | None | |
| 534 **FR4** (previously FR5) | G | Dividend & Capital Gains | O | T | | | | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)     F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)     U=Book Value | V=Other | W=Estimate | |

| | | Date of Report |
|---|---|---|
| Name of Person Reporting | | |
| Robert H. Cleland | | 07/15/2008 |

VII. Page 28    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 535  BP PLC Sponsored ADR | | | | | | | | | |
| 536  Lincoln National (common) | | | | | | | | | |
| 537  Nisource, fka NIPSCO (common) | | | | | | | | | |
| 538  SEMCO Energy (common) | | | | | Sell | 11/13 | L | F | |
| 539  Fidelity Spartan Florida Municipal Income Fund | | | | | | | | | |
| 540  Fidelity Fund (MM) | | | | | | | | | |
| 541  **FR5** (previously FR6) | E | Dividend & Capital Gains | P1 | T | | | | | |
| 542  ABB LTD-Spon ADR | | | | | Buy | 10/02 | J | | |
| 543  ABB LTD-Spon ADR | | | | | Buy | 11/06 | J | | |
| 544  ABB LTD-Spon ADR | | | | | Buy | 11/01 | J | | |
| 545  Abbott Laboratories | | | | | Buy | 01/30 | J | | |
| 546  Abbott Laboratories | | | | | Buy | 03/14 | J | | |
| 547  Abbott Laboratories | | | | | Buy | 03/09 | J | | |
| 548  Abbott Laboratories | | | | | Buy | 08/14 | J | | |
| 549  Abbott Laboratories | | | | | Buy | 11/19 | J | | |
| 550  Accenture Ltd (common) | | | | | | | | | |
| 551  Adobe Systems Inc (common) | | | | | Buy | 01/30 | J | | |
| 552  Adobe Systems Inc (common) | | | | | Buy | 04/20 | J | | |
| 553  Adobe Systems Inc (common) | | | | | Buy | 05/18 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

VII. Page 29    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 554  Adobe Systems Inc (common) | | | | | Buy | 10/22 | J | | |
| 555  Adobe Systems Inc (common) | | | | | Buy | 11/01 | J | | |
| 556  Adobe Systems Inc (common) | | | | | Buy | 11/13 | J | | |
| 557  Advanced Micro Devices Inc (common) | | | | | Sell | 01/12 | J | None | |
| 558  Advanced Micro Devices (common) | | | | | Partial Sale | 01/24 | J | None | |
| 559  Air Products & Chemicals Inc (common) | | | | | Buy | 06/25 | J | | |
| 560  Air Products & Chemicals Inc (common) | | | | | Buy | 08/21 | J | | |
| 561  Air Products & Chemicals Inc (common) | | | | | Buy | 11/19 | J | | |
| 562  Akamai Technologies (common) | | | | | Buy | 02/12 | J | | |
| 563  Akamai Technologies Inc (common) | | . | | | Sell | 10/02 | J | None | |
| 564  Alcoa Inc (common) | | | | | Buy | 12/28 | J | | |
| 565  Alcoa Inc (common) | | | | | Buy | 12/18 | J | | |
| 566  Alcon Inc (common) | | | | | Buy | 02/12 | J | | |
| 567  Alcon Inc (common) | | | | | Partial Sale | 05/03 | J | A | |
| 568  Alcon Inc (common) | | | | | Partial Sale | 07/25 | J | B | |
| 569  Allegheny Energy Inc (common) | | | | | Partial Sale | 07/25 | J | A | |
| 570  Allegheny Energy Inc (common) | | | | | Sell | 10/29 | J | B | |
| 571  Alliance Bernstein Cash | | | | | | | | | |
| 572  Allstate Corp (common) | | | | | Buy | 08/31 | J | | |
| 573  Allstate Corp (common) | | | | | Buy | 09/06 | J | | |
| 574  Allstate Corp (common) | | | | | Buy | 11/27 | J | | |

| 1 Inc/Gain Codes:<br>(Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes:<br>(Col C1, D3) | J=$15,000 or less<br>O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes:<br>(col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 07/15/2008 |

VII. Page 30    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 575 | Allstate Corp (common) | | | | | Buy | 11/15 | J | | |
| 576 | Altria Group (common) | | | | | Buy | 02/20 | J | | |
| 577 | Altria Group Inc (common) | | | | | Buy | 07/26 | J | | |
| 578 | Altria Group Inc (common) | | | | | Buy | 08/09 | J | | |
| 579 | Altria Group Inc (common) | | | | | Buy | 08/14 | J | | |
| 580 | America Movil-ADR Series L (common) | | | | | | | | | |
| 581 | American Express Co (common) | | | | | Buy | 10/12 | J | | |
| 582 | American Express Co (common) | | | | | Buy | 10/24 | J | | |
| 583 | American International Group, Inc (common) | | | | | Buy | 02/20 | J | | |
| 584 | American International Group, Inc (common) | | | | | Buy | 02/12 | J | | |
| 585 | American International Group, Inc (common) | | | | | Partial Sale | 05/03 | J | A | |
| 586 | American International Group, Inc (common) | | | | | Partial Sale | 07/02 | J | A | |
| 587 | American International Group, Inc (common) | | | | | Partial Sale | 08/10 | K | B | |
| 588 | American International Group, Inc (common) | | | | | Partial Sale | 11/23 | J | None | |
| 589 | American Tower System Corp (common) | | | | | Sell | 07/27 | J | B | |
| 590 | Ameriprise Financial Inc (common) | | | | | Sell | 04/20 | J | B | |
| 591 | AmeriSourceBergen Corp (common) | | | | | Buy | 11/27 | J | | |
| 592 | Apple Computer Inc (common) | | | | | Buy | 02/13 | J | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 07/15/2008 |

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

VII. Page 31  INVESTMENT and TRUSTS – income, value, transactions

| A. Description of Assets — Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 593 | Apple Computer Inc (common) | | | | | Partial Sale | 07/25 | J | D | |
| 594 | Apple Computer Inc (common) | | | | | Partial Sale | 10/10 | J | D | |
| 595 | Arcelormittal SA Luxembourg (common) | | | | | Buy | 03/19 | J | | |
| 596 | Arrow Electronics Inc (common) | | | | | | | | | |
| 597 | AT&T Inc (common) | | | | | Buy | 09/28 | J | | |
| 598 | AT&T Inc (common) | | | | | Buy | 10/30 | J | | |
| 599 | AT&T Inc (common) | | | | | Buy | 10/02 | J | | |
| 600 | AT&T Inc (common) | | | | | Buy | 11/06 | J | | |
| 601 | AT&T Inc (common) | | | | | Buy | 11/01 | J | | |
| 602 | AT&T Inc (common) | | | | | Buy | 12/10 | J | | |
| 603 | Autoliv Inc (common) | | | | | Buy | 02/26 | J | | |
| 604 | Baker Hughes Inc (common) | | | | | Partial Sale | 01/19 | J | C | |
| 605 | Baker Hughes Inc (common) | | | | | Buy | 06/25 | J | | |
| 606 | Baker Hughes Inc (common) | | | | | Buy | 07/16 | J | | |
| 607 | Baker Hughes Inc (common) | | | | | Buy | 08/14 | J | | |
| 608 | Baker Hughes Inc (common) | | | | | Buy | 08/28 | J | | |
| 609 | Baker Hughes Inc (common) | | | | | Buy | 10/18 | J | | |
| 610 | Baker Hughes Inc (common) | | | | | Buy | 10/02 | J | | |
| 611 | Bank of America Corp (common) | | | | | Buy | 02/12 | J | | |
| 612 | Bank of America Corp (common) | | | | | Buy | 03/29 | J | | |
| 613 | Bank of America Corp (common) | | | | | Buy | 04/24 | J | | |

1 Inc/Gain Codes: A=1,000 or less  B=$1,001-$2,500  C=2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col B1, D4)  F=$50,000-$100,000  G=$100,001-1,000,000  H=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(col C2)  U=Book Value  V=Other  W=Estimate

VII. Page 32    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets  Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.  Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 614 | Bank of America Corp (common) | | | | | Buy | 07/27 | J | | |
| 615 | Bank of America Corp (common) | | | | | Partial Sale | 08/29 | K | None | |
| 616 | Bank of America Corp (common) | | | | | Partial Sale | 11/23 | J | None | |
| 617 | Bank of America Corp (common) | | | | | Partial Sale | 12/18 | J | None | |
| 618 | Bank of America Corp (common) | | | | | Partial Sale | 12/31 | J | None | |
| 619 | Bank of New York Co Inc (common) | | | | | Partial Sale | 01/18 | J | A | |
| 620 | Bank of New York Mellon Corp (common) | | | | | Sell | 12/10 | J | B | |
| 621 | Becton Dickinson & Co (common) | | | | | Buy | 02/05 | J | | |
| 622 | Becton Dickinson & Co (common) | | | | | Sell | 03/12 | J | None | |
| 623 | Bernstein Tax-managed International Portfolio | | | | | Buy | 02/12 | M | | |
| 624 | Bernstein Emerging Markets Portfolio | | | | | Buy | 02/12 | K | | |
| 625 | Bernstein Tax -Managed International Portfolio | | | | | Buy | 12/11 | M | | |
| 626 | Bernstein Emerging Markets Portforlio | | | | | Buy | 12/11 | K | | |
| 627 | Black & Decker Corp (common) | | | | | | | | | |
| 628 | Boeing Co (common) | | | | | Partial Sale | 08/10 | J | A | |
| 629 | Boeing Co (common) | | | | | Partial Sale | 10/29 | J | B | |
| 630 | Boeing Co (common) | | | | | Partial Sale | 10/16 | J | B | |
| 631 | Boeing Co (common) | | | | | Partial Sale | 10/09 | J | C | |
| 632 | Boeing Co (common) | | | | | Partial Sale | 12/05 | J | B | |

1 Inc/Gain Codes: A=1,000 or less      B=$1,001-$2,500       C=2,501-$5,000        D=$5,001-$15,000      E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000     H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less     K=$15,001-$50,000     L=$50,001-100,000     M=$100,001-$250,000      N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000   P1= $ 1,000,001-$5,000,000  P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal        R=Cost (real estate only)      S=Assessment        T=Cash/Market
(col C2)       U=Book Value      V=Other        W=Estimate

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

VII. Page 33    INVESTMENT and TRUSTS – income, value, transactions

| A.<br>**Description of Assets**<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 633 | Borg Warner Automotive Inc (common) | | | | | | | | |
| 634 | BP PLC, fka BP Amoco (common) | | | | | Buy | 02/20 | J | |
| 635 | BP PLC, fka BP Amoco (common) | | | | | Partial Sale | 08/21 | J | None |
| 636 | BP PLC, fka BP Amoco (common) | | | | | Buy | 10/23 | J | |
| 637 | BP PLC, fka BP Amoco (common) | | | | | Buy | 10/26 | J | |
| 638 | Broadcom Corp - CL A (common) | | | | | Buy | 02/12 | J | |
| 639 | Cameron International (common) | | | | | Buy | 11/19 | J | |
| 640 | Caterpillar Inc (common) | | | | | Buy | 10/30 | J | |
| 641 | CBS Corp - CL B (common) | | | | | Buy | 02/12 | J | |
| 642 | CBS Corp - CL B (common) | | | | | Partial Sale | 10/24 | J | None |
| 643 | Celgene Corp (common) | | | | | Buy | 05/08 | J | |
| 644 | Celgene Corp (common) | | | | | Buy | 11/09 | J | |
| 645 | Chevron Corp (common) | | | | | Buy | 02/20 | J | |
| 646 | Chicago Mercantile Exchange - See CME | | | | | | | | |
| 647 | Cisco Systems (common) | | | | | Buy | 01/08 | J | |
| 648 | Cisco Systems (common) | | | | | Buy | 02/05 | J | |
| 649 | Cisco Systems (common) | | | | | Buy | 02/12 | J | |
| 650 | Cisco Systems (common) | | | | | Buy | 10/12 | J | |
| 651 | Cisco Systems Inc (common) | | | | | Partial Sale | 10/29 | J | A |
| 652 | Citigroup Inc (common) | | | | | Buy | 02/20 | J | |
| 653 | Citigroup Inc (common) | | | | | Partial Sale | 06/20 | J | None |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col BI, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col CI, D3) O=500,000-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 34    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 654 | Citigroup Inc (common) | | | | | Partial Sale | 08/13 | J | None | |
| 655 | Citigroup Inc (common) | | | | | Partial Sale | 10/25 | J | None | |
| 656 | Citigroup Inc (common) | | | | | Sell | 11/23 | J | None | |
| 657 | Citizens First Bancorp Inc (common) | | | | | | | | | |
| 658 | Clorox Co (common) | | | | | | | | | |
| 659 | CME Group Inc(common) | | | | | Buy | 02/12 | J | | |
| 660 | CME Group Inc(common) | | | | | Buy | 07/26 | J | | |
| 661 | CME Group Inc(common) | | | | | Buy | 08/21 | J | | |
| 662 | CME Group Inc (common) previously listed as Chicago Mercantile Exchange | | | | | Partial Sale | 09/26 | J | A | |
| 663 | CME Group Inc (common) previously listed as Chicago Mercantile Exchange | | | | | Partial Sale | 10/25 | J | B | |
| 664 | Coca Cola Co (common) | | | | | Sell | 07/25 | J | B | |
| 665 | Colgate-Palmolive Co (common) | | | | | Buy | 07/11 | J | | |
| 666 | Colgate-Palmolive Co (common) | | | | | Buy | 07/26 | J | | |
| 667 | Comcast Corp-Special CL A (common) | | | | | Buy | 02/12 | J | | |
| 668 | Comcast Corp-Special CL A (common) | | | | | Partial Sale | 09/26 | J | A | |
| 669 | Comcast Corp - Special CL A (common) | | | | | Partial Sale | 10/26 | K | None | |
| 670 | Comcast Corp - Special CL A (common) | | | | | Partial Sale | 12/18 | J | None | |
| 671 | ConocoPhillips (common) | | | | | Buy | 01/09 | J | | |
| 672 | ConocoPhillips (common) | | | | | Buy | 01/18 | J | | |
| 673 | ConocoPhillips (common) | | | | | Buy | 02/12 | J | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less<br>O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

VII. Page 35     INVESTMENT and TRUSTS – income, value, transactions

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 674   ConocoPhillips (common) | | | | | Buy | 07/30 | J | | . |
| 675   ConocoPhillips (common) | | | | | Buy | ●8/23 | J | | |
| 676   Constellation Energy Group (common) | | | | | Buy | 09/06 | J | | |
| 677   Constellation Energy Group (common) | | | | | Buy | 11/27 | J | | |
| 678   Corning Inc (common) | | | | | Partial Sale | 01/18 | J | None | |
| 679   Corning Inc (common) | | | | | Sell | 01/24 | J | None | |
| 680   Countrywide Financial Corp (common) | | | | | Buy | 02/05 | J | | |
| 681   Countrywide Financial Corp (common) | | | | | Buy | 02/02 | J | | |
| 682   Countrywide Financial Corp (common) | | | | | Buy | 04/24 | J | | |
| 683   Countrywide Financial Corp (common) | | | | | Buy | 05/14 | J | | |
| 684   Countrywide Financial Corp (common) | | | | | Buy | 06/25 | J | | |
| 685   Countrywide Financial Corp (common) | | | | | Sell | 09/04 | J | None | |
| 686   Covidien Limited (common) | | | | | Spin-off | 06/29 | J | | Spin off from Tyco International |
| 687   Credit Suisse Group (common) | | | | | Buy | 01/18 | J | | |
| 688   Credit Suisse Group (common) | | | | | Buy | 02/12 | J | | |
| 689   Credit Suisse Group (common) | | | | | Partial Sale | 07/25 | J | None | |
| 690   Credit Suisse Group (common) | | | | | Partial Sale | 08/13 | J | A | |
| 691   Credit Suisse Group (common) | | | | | Sell | 11/02 | J | None | |
| 692   Crown Castle Intl Corp (common) | | | | | Sell | 06/28 | J | A | |
| 693   Deere & Co (common) | | | | | Buy | 07/30 | J | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less B=$1,001-$2,500 C=2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 F=$50,000-$100,000 G=$100,001-1,000,000 H=$1,000,001-$5,000,000 H2=$5,000,001 or more |
|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less K=$15,001-$50,000 L=$50,001-100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=500,000-$1,000,000 P1=$ 1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book Value V=Other W=Estimate |

VII. Page 36     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 694 | Deere & Co (common) |  |  |  |  | Buy | 07/05 | J |  |  |
| 695 | Deere & Co (common) |  |  |  |  | Buy | 08/29 | J |  |  |
| 696 | Deere & Co (common) |  |  |  |  | Buy | 10/30 | J |  |  |
| 697 | Deere & Co (common) |  |  |  |  | Buy | 10/04 | J |  |  |
| 698 | Deutsche Bank AG Registered (common) |  |  |  |  | Buy | 08/31 | J |  |  |
| 699 | Deutsche Bank AG Registered (Common) |  |  |  |  | Buy | 08/23 | J |  |  |
| 700 | Deutsche Bank AG Registered (Common) |  |  |  |  | Buy | 11/28 | J |  |  |
| 701 | Deutsche Bank AG Registered (Common) |  |  |  |  | Buy | 12/05 | J |  |  |
| 702 | Devon Energy Corp (common) |  |  |  |  | Sell | 03/14 | J | A |  |
| 703 | Dow Chemical (common) |  |  |  |  | Buy | 03/19 | J |  |  |
| 704 | Dow Chemical (common) |  |  |  |  | Buy | 03/14 | J |  |  |
| 705 | Dow Chemical (common) |  |  |  |  | Buy | 07/27 | J |  |  |
| 706 | Dow Chemical (common) |  |  |  |  | Buy | 09/12 | J |  |  |
| 707 | Dow Chemical (common) |  |  |  |  | Buy | 09/06 | J |  |  |
| 708 | Eaton (common) |  |  |  |  |  |  |  |  |  |
| 709 | Ebay Inc (common) |  |  |  |  | Buy | 03/09 | J |  |  |
| 710 | Ebay Inc (common) |  |  |  |  | Buy | 04/23 | J |  |  |
| 711 | Ebay Inc (common) |  |  |  |  | Partial Sale | 11/08 | J | None |  |
| 712 | Electronic Data Systems Corp (common) |  |  |  |  |  |  |  |  |  |
| 713 | EMC Corp/Mass (common) |  |  |  |  | Buy | 10/29 | J |  |  |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market |  |

VII. Page 37    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse.  "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 714  Emerson Electric Co (common) | | | | | Partial Sale | 03/07 | J | A | |
| 715  EOG Res Inc (common) | | | | | Buy | 10/18 | J | | |
| 716  EOG Res Inc (common) | | | | | Buy | 12/11 | J | | |
| 717  Exxon Mobile Corp (common) | | | | | | | | | |
| 718  Fannie Mae (common) previously listed as **Federal National Mortgage Assn** | | | | | Partial Sale | 09/25 | J | B | |
| 719  Fannie Mae (common) | | | | | Buy | 12/27 | K | | |
| 720  Federal Home Loan Mortgage -See Freddie Mac | | | | | | | | | |
| 721  Federal National Mortgage Assn - See Fannie Mae | | | | | | | | | |
| 722  Fidelity National CL A (common) | | | | | Buy | 07/27 | J | | |
| 723  Fidelity National CL A (common) | | | | | Sell | 11/13 | J | None | |
| 724  Flextropnics Intl Ltd (common) | | | | | Buy | 12/10 | J | | |
| 725  Fluor Corp (common) | | | | | Buy | 03/20 | J | | |
| 726  Fortune Brands Inc (common) | | | | | Sell | 02/01 | J | A | |
| 727  Franklin Resources Inc (common) | | | | | Buy | 01/30 | J | | |
| 728  Franklin Resources Inc (common) | | | | | Buy | 02/12 | J | | |
| 729  Franklin Resources Inc (common) | | | | | Buy | 10/12 | J | | |
| 730  Franklin Resources Inc (common) | | | | | Buy | 12/07 | J | | |
| 731  Freddie Mac (common) | | | | | Buy | 02/12 | J | | |
| 732  Freddie Mac (common) previously listed as **Federal Home Logan Mortgage** | | | | | Partial Sale | 09/25 | J | None | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 38    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 733 Freddie Mac (common)previously listed as Federal Home Logan Mortgage | | | | | Sell | 12/21 | J | None | |
| 734 Genentech Inc (common) | | | | | Partial Sale | 05/18 | J | None | |
| 735 Genentech Inc (common) | | | | | Buy | 08/23 | J | | |
| 736 General Electric Co (common) | | | | | Buy | 01/30 | J | | |
| 737 General Electric Co (common) | | | | | Buy | 02/12 | J | | |
| 738 General Electric Co (common) | | | | | Partial Sale | 03/14 | | None | |
| 739 General Electric Co (common) | | | | | Partial Sale | 04/10 | J | None | |
| 740 General Electric Co (common) | | | | | Partial Sale | 04/20 | J | None | |
| 741 General Electric Co (common) | | | | | Partial Sale | 07/25 | J | A | |
| 742 General Electric Co (common) | | | | | Partial Sale | 10/04 | J | B | |
| 743 Genworth Financial Inc - CLA (common) | | | | | Buy | 02/12 | J | | |
| 744 Genworth Financial Inc (common) | | | | | Partial Sale | 10/26 | J | None | |
| 745 Genworth Financial Inc (common) | | | | | Sell | 12/19 | J | None | |
| 746 Gilead Sciences Inc (common) | | | | | Buy | 02/12 | J | | |
| 747 Gilead Sciences Inc (common) | | | | | Partial Sale | 06/20 | J | B | |
| 748 Gilead Sciences Inc (common) | | | | | Buy | 11/27 | J | | |
| 749 Global Santa Fe Corp (common) | | | | | Partial Sale | 01/12 | J | None | |
| 750 Global Santa Fe Corp (common) | | | | | Sell | 08/10 | J | B | |
| 751 Goldman Sachs Group Inc (common) | | | | | Partial Sale | 01/03 | J | D | |
| 752 Goldman Sachs Group Inc (common) | | | | | Buy | 09/04 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000.000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  ●=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

2007
FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Robert H. Cleland

Date of Report

07/15/2008

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

VII. Page 39    INVESTMENT and TRUSTS – income, value, transactions

| A. Description of Assets **Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.** *Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 753  Goldman Sachs Group Inc (common) | | | | | Partial Sale | 10/18 | J | C | |
| 754  Google Inc-CL A (common) | | | | | Buy | 02/12 | K | | |
| 755  Google Inc-CL A (common) | | | | | Buy | 03/22 | J | | |
| 756  Greenfield Financial Group (common) | | | | | | | | | |
| 757  Halliburton Co (common) | | | | | Partial Sale | 04/20 | J | None | |
| 758  Halliburton Co (common) | | | | | Partial Sale | 05/11 | J | None | |
| 759  Halliburton Co (common) | | | | | Partial Sale | 08/10 | J | None | |
| 760  Halliburton Co (common) | | | | | Sell | 08/20 | J | None | |
| 761  Hewlett-Packard Co (common) | | | | | Buy | 02/12 | J | | |
| 762  Hewlett-Packard Co (common) | | | | | Buy | 03/14 | J | | |
| 763  Hewlett-Packard Co (common) | | | | | Buy | 10/12 | J | | |
| 764  Hilton Hotels Corp (common) | | | | | Buy | 04/20 | J | | |
| 765  Hilton Hotels Corp (common) | | | | | Partial Sale | 09/25 | J | A | |
| 766  Hilton Hotels Corp (common) | | | | | Sell | 10/25 | J | B | |
| 767  Hologic Inc (common) | | | | | Buy | 11/01 | J | | |
| 768  Honeywell International Inc (common) | | | | | Buy | 04/24 | J | | |
| 769  Honeywell International Inc (common) | | | | | Buy | 08/14 | K | | |
| 770  Honeywell International Inc (common) | | | | | Buy | 10/04 | J | | |
| 771  Idearc Inc (common) | | | | | | | | | |
| 772  Ingersoll Rand Co Ltd (common) | | | | | | | | | |

1 Inc/Gain Codes:  A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3)  O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 40    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 773 Intel Corp (common) | | | | | Buy | 07/16 | J | | |
| 774 Intel Corp (common) | | | | | Buy | 07/25 | J | | |
| 775 Intel Corp (common) | | | | | Buy | 08/02 | J | | |
| 776 Intel Corp (common) | | | | | Buy | 10/24 | J | | |
| 777 Interpublic Group of Cos Inc (common) | | | | | Sell | 08/22 | J | B | |
| 778 Intl Business Machines Corp (common) | | | | | | | | | |
| 779 Johnson & Johnson (common) | | | | | Partial Sale | 02/05 | J | C | |
| 780 Johnson & Johnson (common) | | | | | Sell | 03/15 | J | B | |
| 781 JP Morgan Chase & Co (common) | | | | | Partial Sale | 01/03 | J | A | |
| 782 JP Morgan Chase & Co (common) | | | | | Buy | 02/12 | J | | |
| 783 JP Morgan Chase & Co (common) | | | | | Partial Sale | 06/21 | J | A | |
| 784 JP Morgan Chase & Co (common) | | | | | Partial Sale | 08/10 | J | A | |
| 785 JP Morgan Chase & Co (common) | | | | | Partial Sale | 10/18 | J | A | |
| 786 JP Morgan Chase & Co (common) | | | | | Buy | 11/27 | J | | |
| 787 JP Morgan Chase & Co (common) | | | | | Buy | 12/03 | J | | |
| 788 KB Home (common) | | | | | Buy | 07/03 | J | | |
| 789 KB Home (common) | | | | | Sell | 10/24 | J | None | |
| 790 Kellogg Co (common) | | | | | Buy | 02/12 | J | | |
| 791 Kellogg Co (common) | | | | | Partial Sale | 06/20 | J | A | |
| 792 Kellogg Co (common) | | | | | Sell | 08/10 | J | B | |
| 793 Kimberly Clark Corp (common) | | | | | Partial Sale | 07/25 | J | A | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 41    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 794 | Kimberly Clark Corp (common) | | | | | Sell | 08/10 | J | A | |
| 795 | Kohls Corp (common) | | | | | Buy | 01/08 | J | | |
| 796 | Kohls Corp (common) | | | | | Buy | 01/17 | J | | |
| 797 | Kohls Corp (common) | | | | | Buy | 02/12 | J | | |
| 798 | Kohls Corp (common) | | | | | Buy | 10/18 | J | | |
| 799 | Kohls Corp (common) | | | | | Partial Sale | 11/23 | J | None | |
| 800 | Kohls Corp (common) | | | | | Partial Sale | 12/26 | J | None | |
| 801 | Kraft Foods Inc (common) | | | | | Buy | 06/06 | J | | |
| 802 | Kraft Foods Inc (common) | | | | | Partial Sale | 09/10 | J | A | |
| 803 | Kraft Foods Inc (common) | | | | | Partial Sale | 09/25 | J | A | |
| 804 | Las Vegas Sands Corp (common) | | | | | | | | | |
| 805 | Lazard Ltd (common) | | | | | Sell | 05/11 | J | A | |
| 806 | Legg Mason Inc (common) | | | | | Buy | 01/17 | J | | |
| 807 | Legg Mason Inc (common) | | | | | Buy | 01/04 | J | | |
| 808 | Legg Mason Inc (common) | | | | | Buy | 08/14 | J | | |
| 809 | Legg Mason Inc (common) | | | | | Partial Sale | 10/09 | K | None | |
| 810 | Legg Mason Inc (common) | | | | | Partial Sale | 11/13 | J | None | |
| 811 | Legg Mason Inc (common) | | | | | Sell | 11/08 | J | None | |
| 812 | Lehman Brothers Holdings Inc (common) | | | | | Buy | 01/25 | J | | |
| 813 | Lehman Brothers Holdings Inc (common) | | | | | Sell | 08/31 | J | None | |
| 814 | Limited Inc (common) | | | | | Sell | 08/07 | J | None | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,000-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 07/15/2008 |

VII. Page 42    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 815  Lincoln National (common) | | | | | Partial Sale | 02/08 | O | G | |
| 816  Macy's Inc (common) | | | | | Buy | 02/21 | J | | |
| 817  Macy's Inc (common) | | | | | Buy | 03/02 | J | | |
| 818  Macy's Inc (common) | | | | | Buy | 05/03 | J | | |
| 819  Macy's Inc (common) | | | | | Buy | 08/06 | J | | |
| 820  Macy's Inc (common) | | | | | Buy | 09/12 | J | | |
| 821  Macy's Inc (common) | | | | | Buy | 09/17 | J | | |
| 822  Macy's Inc (common) | | | | | Buy | 10/25 | J | | |
| 823  Macy's Inc (common) | | | | | Partial Sale | 11/26 | J | None | |
| 824  Manulife Financial Services (common) | | | | | Sell | 2006 | | | |
| 825  Marathon Oil Corp (common) | | | | | Buy | 08/24 | J | | |
| 826  Marathon Oil Corp (common) | | | | | Buy | 08/14 | K | | |
| 827  Marathon Oil Corp (common) | | | | | Buy | 08/22 | J | | |
| 828  MBIA Inc (common) | | | | | Buy | 11/30 | J | | |
| 829  MBIA Inc (common) | | | | | Partial Sale | 12/31 | J | None | |
| 830  McDonald's Corp (common) | | | | | Buy | 02/13 | J | | |
| 831  McDonalds Corp (common) | | | | | Partial Sale | 07/25 | K | D | |
| 832  McDonalds Corp (common) | | | | | Partial Sale | 08/10 | J | C | |
| 833  McKesson Corp (common) | | | | | Buy | 02/12 | J | | |
| 834  McKesson Corp (common) | | | | | Buy | 08/14 | J | | |
| 835  Medco Health Solutions Inc (common) | | | | | Buy | 05/08 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 07/15/2008 |

VII. Page 43    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 836  Medco Health Solutions Inc (common) | | | | | Buy | 05/15 | J | | |
| 837  Medco Health Solutions Inc | | | | | Buy | 11/13 | J | | |
| 838  Merck & Co Inc (common) | | | | | Buy | 03/09 | J | | |
| 839  Merck & Co Inc (common) | | | | | Buy | 04/24 | J | | |
| 840  Merrill Lynch & Co Inc (common) | | | | | Buy | 02/12 | J | | |
| 841  Merrill Lynch & Co Inc (common) | | | | | Partial Sale | 10/24 | J | None | |
| 842  Merrill Lynch & Co Inc (common) | | | | | Partial Sale | 11/14 | J | None | |
| 843  Merrill Lynch & Co Inc (common) | | | | | Sell | 11/23 | J | None | |
| 844  MetLife Inc (common) | | | | | Buy | 01/22 | J | | |
| 845  MetLife Inc (common) | | | | | Buy | 02/05 | J | | |
| 846  MetLife Inc (common) | | | | | Buy | 03/08 | J | | |
| 847  MetLife Inc (common) | | | | | Buy | 08/09 | J | | |
| 848  MetLife Inc (common) | | | | | Buy | 08/14 | J | | |
| 849  MetLife Inc (common) | | | | | Buy | 09/28 | J | | |
| 850  Microsoft Corp (common) | | | | | Buy | 01/25 | J | | |
| 851  Microsoft Corp (common) | | | | | Buy | 02/12 | J | | |
| 852  Microsoft Corp (common) | | | | | Buy | 03/07 | J | | |
| 853  Microsoft Corp (common) | | | | | Partial Sale | 07/11 | J | None | |
| 854  Microsoft Corp (common) | | | | | Partial Sale | 07/25 | J | B | |
| 855  Microsoft Corp (common) | | | | | Partial Sale | 08/21 | J | None | |
| 856  Microsoft Corp (common) | | | | | Partial Sale | 08/29 | J | B | |

| 1 Inc/Gain Codes: A=1,000 or less      B=$1,001-$2,500      C=2,501-$5,000      D=$5,001-$15,000      E=$15,001-$50,000 |
|---|
| (Col B1, D4)    F=$50,000-$100,000      G=$100,001-1,000,000      H=$1,000,001-$5,000,000      H2=$5,000,001 or more |
| 2 Val Codes:  J=$15,000 or less      K=$15,001-$50,000      L=$50,001-100,000      M=$100,001-$250,000      N=$250,001-$500,000 |
| (Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |
| 3 Val Mth Codes:  Q=Appraisal      R=Cost (real estate only)      S=Assessment      T=Cash/Market |
| (col C2)         U=Book Value     V=Other              W=Estimate |

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

VII. Page 44    INVESTMENT and TRUSTS – income, value, transactions

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.* *Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| 857 | Microsoft Corp (common) | | | | | Partial Sale | 10/29 | J | B | |
| 858 | Microsoft Corp (common) | | | | | Buy | 12/04 | J | | |
| 859 | Monsanto Co (common) | | | | | Buy | 10/18 | J | | |
| 860 | Monsanto Co (common) | | | | | Buy | 10/02 | J | | |
| 861 | Monster Worldwide Inc (common) | | | | | Buy | 02/12 | J | | |
| 862 | Monster Worldwide Inc (common) | | | | | Sell | 05/04 | J | None | |
| 863 | Moody's Corp (common) | | | | | Buy | 05/15 | J | | |
| 864 | Moody's Corp (common) | | | | | Buy | 07/26 | J | | |
| 865 | Moody's Corp (common) | | | | | Partial Sale | 10/24 | J | None | |
| 866 | Moody's Corp (common) | | | | | Sell | 11/23 | J | None | |
| 867 | Morgan Stanley (common) | | | | | Buy | 08/31 | J | | |
| 868 | Morgan Stanley (common) | | | | | Buy | 08/09 | J | | |
| 869 | Morgan Stanley (common) | | | | | Buy | 09/28 | J | | |
| 870 | Morgan Stanley (common) | | | | | Buy | 10/08 | J | | |
| 871 | Morgan Stanley (common) | | | | | Buy | 10/10 | J | | |
| 872 | Morgan Stanley (common) | | | | | Partial Sale | 11/23 | K | None | |
| 873 | Morgan Stanley (common) | | | | | Buy | 12/26 | J | | |
| 874 | National City Corp (common) | | | | | Buy | 02/16 | J | | |
| 875 | National City Corp (common) | | | | | Buy | 04/27 | J | | |
| 876 | National City Corp (common) | | | | | Sell | 08/07 | J | None | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

| | | | Date of Report |
|---|---|---|---|
| Name of Person Reporting | | | 07/15/2008 |
| Robert H. Cleland | | | |

VII. Page 45    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 877 | Netapp Inc, fka Network Appliance (common) | | | | | Partial Sale | 08/16 | J | None | |
| 878 | Netapp Inc fka network Appliance (common) | | | | | Sell | 10/12 | J | A | |
| 879 | Nike Inc-CL B (common) | . | | | | Buy | 02/20 | J | | |
| 880 | Nike Inc-CL B (common) | | | | | Sell | 08/20 | J | A | |
| 881 | Nokia Corp-Spon ADR (common) | | | | | Buy | 02/12 | J | | |
| 882 | Nokia Corp-Sponsored ADR (common) | | | | | Partial Sale | 07/25 | J | B | |
| 883 | Nokia Corp-Sponsored ADR (common) | | | | | Partial Sale | 08/20 | J | B | |
| 884 | Nokia Corp-Spon ADR (common) | | | | | Buy | 11/09 | J | | |
| 885 | Nokia Corp-Spon ADR (common) | | | | | Buy | 11/13 | J | | |
| 886 | Northern Trust Corp (common) | | | | | Sell | 07/25 | J | A | |
| 887 | Northrop Grumman Corp (common) | | | | | Buy | 02/12 | J | | |
| 888 | Northrop Grumman Corp (common) | | | | | Partial Sale | 04/20 | J | A | |
| 889 | Northrop Grumman Corp (common) | | | | | Buy | 08/14 | J | | |
| 890 | Northrop Grumman Corp (common) | | | | | Buy | 11/27 | J | | |
| 891 | Nvidia Corp (common) | | | | | Buy | 01/22 | J | | |
| 892 | Nvidia Corp (common) | | | | | Buy | 02/12 | J | | |
| 893 | Nvidia Corp (common) | | | | | Partial Sale | 04/20 | J | None | |
| 894 | Nvidia Corp (common) | | | | | Buy | 11/27 | J | | |
| 895 | Nvidia Corp (common) | | | | | Buy | 11/19 | J | | |
| 896 | NYSE Euronext (common) | | | | | Buy | 02/15 | J | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (col C2) | ●=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimate | |

VII. Page 46    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets  Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.  Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 897 NYSE Euronext (common) | | | | | Buy | 08/27 | J | | |
| 898 NYSE Euronext (common) | | | | | Buy | 08/23 | J | | |
| 899 NYSE Euronext (common) | | | | | Partial Sale | 10/24 | J | None | |
| 900 Office Depot Inc (common) | | | | | Buy | 02/12 | J | | |
| 901 Office Depot Inc (common) | | | | | Partial Sale | 10/24 | J | None | |
| 902 Oracle Systems Corp (common) | | | | | Sell | 03/31 | J | None | |
| 903 Owens Illinois Inc (common) | | | | | Partial Sale | 07/25 | J | A | |
| 904 Parker-Hannifin Corp (common) | | | | | Buy | 08/14 | J | | |
| 905 Pepsico Inc (common) | | | | | Buy | 06/26 | J | | |
| 906 Pepsico Inc (common) | | | | | Buy | 09/10 | J | | |
| 907 Pfizer Inc (common) | | | | | Buy | 03/07 | J | | |
| 908 Pfizer Inc (common) | | | | | Buy | 07/27 | K | | |
| 909 Pfizer Inc (common) | | | | | Buy | 12/26 | J | | |
| 910 Pharmerica Corp (common) | | | | | Sell | 10/16 | J | None | |
| 911 Procter & Gamble Co (common) | | | | | Buy | 02/12 | J | | |
| 912 Procter & Gamble Co (common) | | | | | Partial Sale | 03/14 | J | None | |
| 913 Procter & Gamble Co (common) | | | | | Partial Sale | 06/20 | J | B | |
| 914 Procter & Gamble Co (common) | | | | | Partial Sale | 07/26 | J | B | |
| 915 Procter & Gamble Co (common) | | | | | Partial Sale | 07/25 | J | A | |
| 916 Procter & Gamble Co (common) | | | | | Partial Sale | 07/11 | J | C | |

| 1 Inc/Gain Codes: A=1,000 or less        B=$1,001-$2,500       C=2,501-$5,000         D=$5,001-$15,000    E=$15,001-$50,000 |
|---|
| (Col B1, D4)     F=$50,000-$100,000       G=$100,001-1,000,000    H=$1,000,001-$5,000,000     H2=$5,000,001 or more |

| 2 Val Codes:  J=$15,000 or less      K=$15,001-$50,000      L=$50,001-100,000      M=$100,001-$250,000     N=$250,001-$500,000 |
|---|
| (Col C1, D3) O=500,000-$1,000,000   P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000     P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal        R=Cost (real estate only)        S=Assessment        T=Cash/Market |
|---|
| (col C2)        U=Book Value     V=Other             W=Estimate |

_(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)_

VII. Page 47     INVESTMENT and TRUSTS – income, value, transactions

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 917 | Procter & Gamble Co (common) | | | | | Sell | 08/10 | J | B | |
| 918 | Qualcomm Inc (common) | | | | | Partial Sale | 07/25 | J | A | |
| 919 | Qualcomm Inc (common) | | | | | Partial Sale | 08/31 | J | A | |
| 920 | Qualcomm Inc (common) | | | | | Partial Sale | 10/24 | J | A | |
| 921 | Qualcomm Inc (common) | | | | | Sell | 11/09 | J | A | |
| 922 | Research in Motion (common) | | | | | Buy | 10/02 | J | | |
| 923 | Research in Motion (common) | | | | | Buy | 10/12 | J | | |
| 924 | Research in Motion (common) | | | | | Buy | 11/27 | J | | |
| 925 | Rockwell Collins Inc (common) | | | | | Buy | 02/15 | J | | |
| 926 | Rockwell Collins Inc (common) | | | | | Partial Sale | 05/08 | J | None | |
| 927 | Rockwell Collins Inc (common) | | | | | Partial Sale | 07/25 | J | A | |
| 928 | Rockwell Collins Inc (common) | | | | | Sell | 08/21 | J | A | |
| 929 | Royal Dutch Shell PLC-ADR (common) | | | | | Buy | 08/15 | J | | |
| 930 | Safeway Inc (common) | | | | | | | | | |
| 931 | Sara Lee Corp (common) | | | | | Buy | 02/12 | J | | |
| 932 | Schlumberger Ltd (common) | | | | | Buy | 02/12 | J | | |
| 933 | Schlumberger Ltd (common) | | | | | Buy | 08/10 | J | | |
| 934 | Schlumberger Ltd (common) | | | | | Buy | 08/23 | J | | |
| 935 | Schlumberger Ltd (common) | | | | | Buy | 10/30 | J | | |
| 936 | Schwab (Charles) Corp (common) | | | | | Buy | 02/12 | J | | |
| 937 | Schwab Charles Corp New (common) | | | | | Partial Sale | 05/03 | J | A | |

1 Inc/Gain Codes: A=1,000 or less     B=$1,001-$2,500     C=2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(Col B1, D4)     F=$50,000-$100,000     G=$100,001-1,000,000     H=$1,000,001-$5,000,000     H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less     K=$15,001-$50,000     L=$50,001-100,000     M=$100,001-$250,000     N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000     P1= $ 1,000,001-$5,000,000     P2=$5,000,001-$25,000,000     P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
(col C2)     U=Book Value     V=Other     W=Estimate

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 07/15/2008 |

VII. Page 48     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 938 Schwab Charles Corp New (common) | | | | | Partial Sale | 10/25 | J | A | |
| 939 Spirit Aerosystems Hldg-CL A (common) | | | | | Buy | 01/26 | J | | |
| 940 Spirit Aerosystems Hldg-CL A (common) | | | | | Buy | 03/16 | J | | |
| 941 Spirit Aerosystems Hldg-CL A (common) | | | | | Buy | 05/21 | J | | |
| 942 Sprint Nextel Corp (common) | | | | | Partial Sale | 07/25 | J | A | |
| 943 Sprint Nextel Corp (common) | | | | | Partial Sale | 11/26 | J | None | |
| 944 Sprint Nextel Corp (common) | | | | | Partial Sale | 12/18 | J | None | |
| 945 Sprint Nextel Corp (common) | | | | | Sell | 12/31 | J | None | |
| 946 SPX Corp (common) | | | | | Partial Sale | 07/25 | J | B | |
| 947 SPX Corp (common) | | | | | Sell | 08/10 | J | B | |
| 948 Starwood Hotels & Resorts (common) | | | | | Buy | 02/12 | J | | |
| 949 Starwood Hotels & Resorts (common) | | | | | Partial Sale | 11/26 | J | None | |
| 950 Starwood Hotels & Resorts (common) | | | | | Sell | 12/20 | J | None | |
| 951 Sun Microsystems Inc (common) | | | | | Buy | 03/13 | J | | |
| 952 Sun Microsystems Inc (common) | | | | | Sell | 08/23 | J | None | |
| 953 SunTrust Banks Inc (common) | | | | | Partial Sale | 08/10 | J | None | |
| 954 SunTrust Banks Inc (common) | | | | | Sell | 09/10 | J | None | |
| 955 Supervalu Inc (common) | | | | | Buy | 11/02 | J | | |
| 956 Target Corp (common) | | | | | Partial Sale | 08/10 | J | B | |
| 957 Tech Data Corp (common) | | | | | | | | | |
| 958 Terex Corp (common) | | | | | Buy | 11/06 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4)      F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (col C2)      U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 49    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>**Description of Assets**<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 959  Teva Pharmaceutical Industries (common) | | | | | Partial Sale | 03/07 | J | A | |
| 960  Teva Pharmaceutical Industries (common) | | | | | Buy | 11/06 | J | | |
| 961  Textron Inc (common) | | | | | Buy | 10/30 | J | | |
| 962  Textron Inc (common) | | | | | Buy | 12/04 | J | | |
| 963  Time Warner Inc (common) | | | | | Buy | 01/22 | J | | |
| 964  Time Warner Inc (common) | | | | | Partial Sale | 03/12 | J | None | |
| 965  Time Warner Inc (common) | | | | | Partial Sale | 03/28 | J | None | |
| 966  Time Warner Inc (common) | | | | | Partial Sale | 06/07 | J | None | |
| 967  Time Warner Inc (common) | | | | | Partial Sale | 08/15 | J | None | |
| 968  Time Warner Inc (common) | | | | | Partial Sale | 08/09 | J | None | |
| 969  Toyota Motor Corp (common) | | | | | Buy | 01/17 | J | | |
| 970  Toyota Motor Corp (common) | | | | | Partial Sale | 03/07 | J | A | |
| 971  Toyota Motor Corp (common) | | | | | Partial Sale | 07/25 | J | B | |
| 972  Toyota Motor Corp (common) | | | | | Sell | 08/10 | J | A | |
| 973  Travelers Companies Inc (common) | | | | | Buy | 07/30 | J | | |
| 974  Travelers Companies Inc (common) | | | | | Buy | 08/06 | J | | |
| 975  Travelers Companies Inc (common) | | | | | Buy | 11/27 | J | | |
| 976  Tyco Electronics (common) | | | | | Spin-off | 06/29 | J | | Spin-off from Tyco International |
| 977  Tyco International Ltd (common) | | | | | Buy | 01/24 | J | | |
| 978  Tyco International Ltd (common) | | | | | Buy | 02/05 | J | | |

| 1 Inc/Gain Codes:<br>(Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes:<br>(Col C1, D3) | J=$15,000 or less<br>O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1= $1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes:<br>(col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

VII. Page 50    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 979  Tyco International Ltd (common) | | | | | Buy | 04/09 | J | | |
| 980  Tyco International Ltd (common) | | | | | Partial Sale | 12/31 | J | None | |
| 981  UBS AG (common) | | | | | Sell | 01/09 | J | D | |
| 982  United Technologies Corp (common) | | | | | Partial Sale | 01/03 | J | B | |
| 983  United Technologies Corp (common) | | | | | Buy | 07/16 | J | | |
| 984  Verizon Communications Inc (common) | | | | | Buy | 02/14 | J | | |
| 985  Verizon Communications (common) | | | | | Partial Sale | 03/16 | J | None | |
| 986  VF Corp (common) | | | | | Buy | 02/21 | J | | |
| 987  Vodafone Group PLC-SP ADR (common) | | | | | Buy | 06/25 | J | | |
| 988  Vodafone Group PLC-SP ADR (common) | | | | | Buy | 07/27 | J | | |
| 989  Vodafone Group PLC-SP ADR (common) | | | | | Buy | 10/02 | J | | |
| 990  Washington Mutual Inc (common) | | | | | Buy | 08/13 | J | | |
| 991  Washington Mutual Inc (common) | | | | | Buy | 08/15 | J | | |
| 992  Washington Mutual Inc (common) | | | | | Partial Sale | 10/26 | J | None | |
| 993  Washington Mutual Inc (common) | | | | | Sell | 12/18 | J | None | |
| 994  WellPoint Inc (common) | | | | | Buy | 07/26 | K | | |
| 995  Wisconsin Energy Corp (common) | | | | | | | | | |
| 996  Wrigley William Jr. Co (common) | | | | | Buy | 02/12 | J | | |
| 997  Wrigley William Jr. Co (common) | | | | | Partial Sale | 03/28 | J | None | |
| 998  Wrigley William Jr. Co (common) | | | | | Buy | 12/04 | J | | |
| 999  Wyeth (common) | | | | | Buy | 05/11 | J | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less  F=$50,000-$100,000 | B=$1,001-$2,500  G=$100,001-1,000,000 | C=2,501-$5,000  H=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less  O=500,000-$1,000,000 | K=$15,001-$50,000  P1=$1,000,001-$5,000,000 | L=$50,001-100,000  P2=$5,000,001-$25,000,000 | M=$100,001-$250,000  P3=$25,000,001-$50,000,000 | N=$250,001-$500,000  P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal  U=Book Value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimate | T=Cash/Market | |

VII. Page 51    INVESTMENT and TRUSTS – income, value, transactions

(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A.<br>Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | **If not exempt from disclosure** | | | |
| | | | | | | (2)<br>Date Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1000 | Wyeth (common) | | | | | Sell | 10/31 | J | None | |
| 1001 | Wynn Resorts, Ltd (common) | | | | | Buy | 01/18 | J | | |
| 1002 | Wynn Resorts Ltd (common) | | | | | Sell | 07/02 | J | A | |
| 1003 | Yahoo Inc (common) | | | | | Sell | 02/05 | J | A | |
| 1004 | **FR6** (previously FR7) | A | Interest/Dividend | J | T | | | | | |
| 1005 | Fidelity Cash Reserves | | | | | | | | | |
| 1006 | | | | | | | | | | |
| 1007 | | | | | | | | | | |
| 1008 | | | | | | | | | | |
| 1009 | | | | | | | | | | |
| 1010 | | | | | | | | | | |
| 1011 | | | | | | | | | | |
| 1012 | | | | | | | | | | |
| 1013 | | | | | | | | | | |
| 1014 | | | | | | | | | | |
| 1015 | | | | | | | | | | |
| 1016 | | | | | | | | | | |
| 1017 | | | | | | | | | | |
| 1018 | | | | | | | | | | |
| 1019 | | | | | | | | | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Re: "Investment Club" line 8 Section VII - Investments

This entity is a Limited Liability Company, and is the equivalent of a mutual fund or limited partnership designed to engage in investment strategies. It is a "common investment fund" and the assets are not individually reported because the reporting judge does not control or influence the Company's investment decisions, which are delegated to the investment advisory division of a financial institution.

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H | 07/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544